AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __for the District of Delaware__ on the following

☐ Trademarks or   ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>20-843 (CFC) | DATE FILED<br>6/23/2020 | U.S. DISTRICT COURT<br>for the District of Delaware |
|---|---|---|
| PLAINTIFF<br>AMO DEVELOPMENT, LLC, AMO MANUFACTURING USA, LLC and AMO SALES AND SERVICE, INC. | | DEFENDANT<br>ALCON LENSX, INC., ALCON VISION, LLC, ALCON LABORATORIES, INC. and ALCON RESEARCH, LLC |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 8,394,084 B2 | 3/12/2013 | AMO Development, LLC |
| 2 | 8,403,921 B2 | 3/26/2013 | AMO Development, LLC |
| 3 | 8,425,497 B2 | 4/23/2013 | AMO Development, LLC |
| 4 | 8,500,724 B2 | 8/6/2013 | AMO Development, LLC |
| 5 | 8,709,001 B2 | 4/29/2014 | AMO Development, LLC |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED<br>9/28/2020 | INCLUDED BY<br>☑ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | 9,693,903 B2 | 7/4/2017 | AMO Development, LLC |
| 2 | 9,693,904 B2 | 7/4/2017 | AMO Development, LLC |
| 3 | 10,376,356 B2 | 8/13/2019 | AMO Development, LLC |
| 4 | 10,709,548 B2 | 7/14/2020 | AMO Development, LLC |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|  |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
|  |  |  |

Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy

# ADDENDUM TO AO 120 (ADDITIONAL PATENTS)

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| 20-842 (CFC) | 6/23/2020 | for the District of Delaware |

| PLAINTIFF | DEFENDANT |
|---|---|
| AMO DEVELOPMENT, LLC, AMO MANUFACTURING USA, LLC and AMO SALES AND SERVICE, INC. | ALCON LENSX, INC., ALCON VISION, LLC, ALCON LABORATORIES, INC. and ALCON RESEARCH, LLC |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 6 | 9,095,415 B2 | 8/4/2015 | AMO Development, LLC |
| 7 | 9,101,448 B2 | 8/11/2015 | AMO Development, LLC |
| 8 | 9,107,732 B2 | 8/18/2015 | AMO Development, LLC |
| 9 | 9,125,725 B2 | 9/8/2015 | AMO Development, LLC |
| 10 | 9,474,648 B2 | 10/25/2016 | AMO Development, LLC |
| 11 | 9,693,903 B2 | 7/4/2017 | AMO Development, LLC |
| 12 | 9,693,904 B2 | 7/4/2017 | AMO Development, LLC |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | | |
|---|---|---|---|---|
| | ☐ Amendment | ☐ Answer | ☐ Cross Bill | ☐ Other Pleading |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |