IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMO DEVELOPMENT, LLC, AMO MANUFACTURING USA, LLC, and AMO SALES AND SERVICE, INC.,<br><br>   Plaintiffs,<br><br> v.<br><br>ALCON LENSX, INC., ALCON VISION, LLC, ALCON LABORATORIES, INC., and ALCON RESEARCH, LLC,<br><br>   Defendants. | C.A. No. 20-842-CFC |

## ORDER GRANTING DEFENDANTS' MOTION TO DISMISS UNDER RULE 12(b)(6)

On this _____ day of _____, 20\_\_\_\_, the Court having considered Defendants Alcon Lensx, Inc., Alcon Vision, LLC, Alcon Laboratories, Inc. and Alcon Research, LLC's Motion to Dismiss Plaintiffs' First Amended Complaint under Federal Rule of Civil Procedure 12(b)(6),

IT IS ORDERED that Defendants' Motion is GRANTED. Specifically, the Court holds that:

  1.  Plaintiffs' claims for contributory infringement under 35 U.S.C. § 271(c) are dismissed with prejudice.

1

2. Plaintiffs' claims for induced infringement under 35 U.S.C. § 271(b) that pre-date Plaintiffs' notice letters are dismissed with prejudice.

3. Plaintiffs' claims for infringement under 35 U.S.C. § 271(f)(1) are dismissed with prejudice.

4. Plaintiffs' claims for infringement under 35 U.S.C. § 271(f)(2) are dismissed with prejudice.

5. Plaintiffs' claims for enhanced damages under 35 U.S.C. § 284 based on willful infringement are dismissed with prejudice.

 

United States District Judge