IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMO DEVELOPMENT, LLC, AMO MANUFACTURING USA, LLC, and AMO SALES AND SERVICE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ALCON LENSX, INC., ALCON VISION, LLC, ALCON LABORATORIES, INC., and ALCON RESEARCH, LLC, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 20-842-CFC |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 10, 2020, the following document was served on the persons listed below in the manner indicated:

1. Compendium of Select Cases Re: Defendants' Reply Brief in Support Of Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint Under Rule 12(b)(6)

**BY EMAIL**

Jack B. Blumenfeld
Brian P. Egan
Jennifer A. Ward
MORRIS, NICHOLS, ARSHT
 & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

S.Giri Pathmanaban
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 328-4600
giri.pathmanaban@lw.com

jblumenfeld@mnat.com
began@mnat.com
jward@mnat.com

| | |
|---|---|
| Roger J. Chin | Michael A. Morin |
| Allison Harms | Matthew J. Moore |
| Joseph R. Wetzel | Rachel Weiner Cohen |
| Kristine W. Hanson | Krupa Parikh |
| LATHAM & WATKINS LLP | Ashley Finger |
| 505 Montgomery Street, Suite 2000 | Sarang V. Damle |
| San Francisco, CA 94111 | Holly K. Victorson |
| (415) 491-0600 | Carolyn M. Homer |
| roger.chin@lw.com | LATHAM & WATKINS LLP |
| allison.harms@lw.com | 555 Eleventh Street, NW, Suite 1000 |
| joe.wetzel@lw.com | Washington, DC 20004 |
| kris.hanson@lw.com | (202) 637-2200 |
| | michael.morin@lw.com |
| | matthew.moore@lw.com |
| | rachel.cohen@lw.com |
| | krupa.parikh@lw.com |
| | ashley.finger@lw.com |
| | sy.damle@lw.com |
| | holly.victorson@lw.com |
| | carolyn.homer@lw.com |

| | |
|---|---|
| | */s/ John W. Shaw* |
| | John W. Shaw (No. 3362) |
| | Karen E. Keller (No. 4489) |
| | Nathan R. Hoeschen (No. 6232) |
| | SHAW KELLER LLP |
| | I.M. Pei Building |
| OF COUNSEL: | 1105 North Market Street, 12th Floor |
| Jeannie Heffernan | Wilmington, DE 19801 |
| KIRKLAND & ELLIS LLP | (302) 298-0700 |
| 601 Lexington Avenue | jshaw@shawkeller.com |
| New York, NY 10022 | kkeller@shawkeller.com |
| (212) 446-4800 | nhoeschen@shawkeller.com |
| | *Attorneys for Defendants* |

2

Caroline Lourgos
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

Kristen P.L. Reichenbach
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
(415) 439-1400

Noah S. Frank
Gregg LoCascio
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 389-5000

Dated: November 10, 2020