# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**Brian P. Egan**
(302) 351-9454
(302) 498-6216 FAX
began@mnat.com

February 5, 2021

**BY E-FILING**

The Honorable Colm F. Connolly
J. Caleb Boggs Federal Building
844 N. King Street, Unit 31, Room 4124
Wilmington, DE 19801-3555

   Re: *AMO Development, LLC, et al. v. Alcon Inc., et al.*,
     C.A. No. 20-842 (CFC)

Dear Judge Connolly:

  The parties in the above-captioned action jointly submit herewith their [Proposed] Scheduling Order. There are no disputes on the proposed schedule. The parties highlight, however, two scheduling details. Given the number of patents asserted by each side in this case (16 by Plaintiffs, 5 by Defendants), the parties propose that the *Markman* hearing length be increased from three to five hours, either all on one day or split across consecutive days, according to the Court's preference. Additionally, given the number of patents and the copyright claims at issue, the parties propose that each side may file five motions *in limine*.

            Respectfully,

            */s/ Brian P. Egan*

            Brian P. Egan (#6227)

BPE/rah
cc: All Counsel of Record