# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**Jack B. Blumenfeld**
(302) 351-9291
(302) 425-3012 FAX
jblumenfeld@morrisnichols.com

February 10, 2021

The Honorable Colm F. Connolly  *VIA ELECTRONIC FILING*
J. Caleb Boggs Federal Building
844 North King Street
Unit 31, Room 4124
Wilmington, DE 19801-3555

Re: *AMO Development, LLC, et al. v. Alcon Inc. et al.*
C.A. No. 20-842 (CFC)

Dear Judge Connolly:

We write on behalf of all parties with respect to J&J Vision's Motion for a Preliminary Injunction (D.I. 42), which is the subject of today's 3;00 pm call with the Court. Subject to the Court's approval, the parties propose that Alcon's opposition be submitted March 11, and that J&J Vision's reply be submitted March 31. The parties do not presently foresee the need for depositions or other discovery.

Respectfully,

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)

JBB/bac

cc: All Counsel of Record (via electronic mail)