IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMO DEVELOPMENT, LLC,<br>AMO MANUFACTURING USA, LLC and<br>AMO SALES AND SERVICE, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 20-842 (CFC) |
| ALCON LENSX, INC.,<br>ALCON VISION, LLC,<br>ALCON LABORATORIES, INC. and<br>ALCON RESEARCH, LLC, | ) ) ) ) ) | |
| Defendants. | ) | |
| ALCON INC., ALCON LENSX, INC., ALCON<br>RESEARCH, LLC, and ALCON VISION, LLC, | ) ) ) | |
| Counter-Plaintiffs, | ) ) | |
| v. | ) ) | |
| AMO DEVELOPMENT, LLC,<br>AMO MANUFACTURING USA, LLC,<br>AMO SALES AND SERVICE, INC. and<br>JOHNSON & JOHNSON<br>SURGICAL VISION, INC., | ) ) ) ) ) ) | |
| Counter-Defendants. | ) ) | |

## NOTICE OF FILING OF MULTIMEDIA MATERIAL

PLEASE TAKE NOTICE, that a disc containing native (Excel) versions of the following exhibits will be submitted to the Court:

- Exhibits 29–33 to the February 4, 2021 Declaration of Carolyn Homer in Support of Plaintiffs' Motion for a Preliminary Injunction (D.I. 49); and

- Exhibit 63 to the March 31, 2021 Declaration of Carolyn Homer in Support of Plaintiffs' Reply in Support of Their Motion for a Preliminary Injunction

(D.I. 104).

These exhibits are designated Highly Confidential Material – Attorney Eyes Only pursuant to the Protective Order entered in this action (D.I. 63).  The native files were also served on counsel of record for Defendants and Counterclaim Plaintiffs.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Anthony D. Raucci*

_____

Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com
araucci@morrisnichols.com

*Attorneys for Plaintiffs and*
*Counterclaim Defendants*
*AMO Development, LLC,*
*AMO Manufacturing USA, LLC,*
*AMO Sales and Service, Inc. and*
*Johnson & Johnson Surgical Vision, Inc.*

OF COUNSEL:

Michael A. Morin
Matthew J. Moore
Sarang V. Damle
Rachel Weiner Cohen
Carolyn M. Homer
Holly K. Victorson
Ashley N. Finger
Susan Y. Tull
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC  20004
(202) 637-2200

Roger J. Chin
Joseph R. Wetzel
Kristine W. Hanson
Allison Harms
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA  94111
(415) 491-0600

S.Giri Pathmanaban
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA  94025
(650) 328-4600

April 1, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 1, 2021, upon the following in the manner indicated:

John W. Shaw, Esquire                         *VIA ELECTRONIC MAIL*
Karen E. Keller, Esquire
David M. Fry, Esquire
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE  19801
*Attorneys for Defendants*
*and Counterclaim Plaintiffs*

Jeannie Heffernan, Esquire                    *VIA ELECTRONIC MAIL*
Joshua L. Simmons, Esquire
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY  10022
*Attorneys for Defendants*
*and Counterclaim Plaintiffs*

Caroline Lourgos, Esquire                     *VIA ELECTRONIC MAIL*
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
*Attorneys for Defendants*
*and Counterclaim Plaintiffs*

Kristen P.L. Reichenbach, Esquire             *VIA ELECTRONIC MAIL*
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA  94104
*Attorneys for Defendants*
*and Counterclaim Plaintiffs*

Noah S. Frank, Esquire
Gregg LoCascio, Esquire
Sean M. McEldowney, Esquire
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, NW
Washington, DC  20004
*Attorneys for Defendants*
*and Counterclaim Plaintiffs*

*VIA ELECTRONIC MAIL*

*/s/ Anthony D. Raucci*
_____
Anthony D. Raucci (#5948)