IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMO DEVELOPMENT, LLC, AMO MANUFACTURING USA, LLC and AMO SALES AND SERVICE, INC.,<br><br>Plaintiffs,<br>v.<br><br>ALCON VISION, LLC, ALCON LABORATORIES, INC. and ALCON RESEARCH, LLC,<br><br>Defendants. | C.A. No. 20-842-CFC-JLH |
| ALCON, INC., ALCON RESEARCH, LLC, and ALCON VISION, LLC,<br><br>Counterclaim-Plaintiffs,<br>v.<br><br>AMO DEVELOPMENT, LLC, AMO MANUFACTURING USA, LLC, AMO SALES AND SERVICE, INC., and JOHNSON & JOHNSON SURGICAL VISION, INC.,<br><br>Counterclaim-Defendants. | |

## COUNTERCLAIM-PLAINTIFFS' MOTION FOR <u>CLAIM CONSTRUCTION</u>

Counterclaim-Plaintiffs Alcon Inc., Alcon Research, LLC, and Alcon Vision, LLC (collectively, "Counterclaim-Plaintiffs") request that the Court adopt the claim

construction positions of Counterclaim-Plaintiffs set forth in the Joint Claim Construction Chart (D.I. 158).

                                                Respectfully,

                                                */s/ Andrew E. Russell*

| OF COUNSEL: | John W. Shaw (No. 3362) |
| --- | --- |
| Jeanne M. Heffernan | Karen E. Keller (No. 4489) |
| KIRKLAND & ELLIS LLP | Andrew E. Russell (No. 5382) |
| 401 Congress Avenue | SHAW KELLER LLP |
| Austin, TX 78701 | I.M. Pei Building |
| (512) 678-9100 | 1105 North Market Street, 12th Floor |
|  | Wilmington, DE 19801 |
|  | (302) 298-0700 |
| Gregg F. LoCascio | jshaw@shawkeller.com |
| Noah S. Frank | kkeller@shawkeller.com |
| KIRKLAND & ELLIS LLP | arussell@shawkeller.com |
| 1301 Pennsylvania Avenue, N.W. | *Attorneys for Alcon Inc.,* |
| Washington, DC 20004 | *Alcon Vision, LLC,* |
| (202) 389-5000 | *Alcon Laboratories, Inc.* |
|  | *and Alcon Research, LLC* |

Caroline Lourgos
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

Kristen P.L. Reichenbach
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
(415) 439-1400

Dated: August 13, 2021