IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMO DEVELOPMENT, LLC, AMO MANUFACTURING USA, LLC and AMO SALES AND SERVICE, INC., | |
| Plaintiffs, | |
| v. | C.A. No. 20-842-CFC-JLH |
| ALCON VISION, LLC, ALCON LABORATORIES, INC., and ALCON RESEARCH, LLC, | |
| Defendants. | |
| ALCON INC., ALCON RESEARCH, LLC, and ALCON VISION, LLC, | |
| Counter-Plaintiffs, | |
| v. | |
| AMO DEVELOPMENT, LLC, AMO MANUFACTURING USA, LLC, AMO SALES AND SERVICE, INC., and JOHNSON & JOHNSON SURGICAL VISION, INC. | |
| Counter-Defendants. | |

**STIPULATION AND [PROPOSED] ORDER FOR PARTIAL STAY PENDING *INTER PARTES* REVIEW**

IT IS HEREBY STIPULATED, by and between the parties, and subject to the approval of the Court, that:

WHEREAS, in the above-captioned action, there are patent and copyright claims at issue;

WHEREAS, the parties petitioned the Patent Trial and Appeal Board (the "PTAB"), seeking *inter partes* review ("IPR") of the asserted claims from each other's patents, and while some IPRs have already been instituted, the last of the IPR institution decisions is not expected until December 22, 2021, six days after the Hearing on Claim Construction (D.I. 61);

WHEREAS, the parties have met and conferred and agree that a partial stay as to the patent claims, but not the copyright claims, is appropriate;

NOW THEREFORE it is the Order of the Court, that:

1.    All patent claims in the above-captioned case (the "Patent Claims") shall be stayed as to all patents in the case asserted by either side, pending the PTAB's last-to-issue final written decision or otherwise agreed by the parties;

2.    After the PTAB issues final written decisions for all instituted asserted patents, the parties shall contact the Court to request a hearing to notify the Court of the outcome of those decisions and to propose a schedule for any further proceedings with respect to the asserted patents;

3.     The parties shall exchange, but not file, *Markman* sur-reply briefs on November 12, 2021.   All other dates relating to the *Markman* shall be vacated, including:

- The deadline to Meet and Confer on Claim Construction by November 30, 2021 (D.I. 61);

- The Hearing on Claim Construction set for December 16, 2021 (D.I. 61); and

- The Oral Argument on Defendants' Motion to Dismiss the Second Amended Complaint on December 16, 2021 (D.I. 143);

4.     This stay regarding the Patent Claims does not affect the copyright claims, and discovery and trial on the copyright claims shall proceed as scheduled.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com
araucci@morrisnichols.com

OF COUNSEL:

Michael A. Morin
Matthew J. Moore
Sarang V. Damle
Rachel Weiner Cohen
Susan Y. Tull
Carolyn M. Homer
Holly K. Victorson
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
(202) 637-2200

Roger J. Chin
Joseph R. Wetzel
Kristine W. Hanson
Allison Harms
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 491-0600

SHAW KELLER LLP

*/s/ John W. Shaw*

John W. Shaw (#3362)
Karen E. Keller (#4489)
Nathan R. Hoeschen (#6232)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
nhoeschen@shawkeller.com

OF COUNSEL:

Jeannie Heffernan
Joshua L. Simmons
Matthew A. Lembo
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800

Gregg LoCascio
Noah S. Frank
Sean M. McEldowney
Hannah L. Bedard
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 389-5000

Caroline Lourgos
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

S.Giri Pathmanaban
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA  94025
(650) 328-4600

*Attorneys for Plaintiffs and*
*Counterclaim Defendants*
*AMO Development, LLC,*
*AMO Manufacturing USA, LLC,*
*AMO Sales and Service, Inc., and*
*Johnson & Johnson Surgical Vision,*
*Inc.*

November 11, 2021

Kristen P.L. Reichenbach
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA  94104
(415) 439-1400

*Attorneys for Defendants and Counterclaim*
*Plaintiffs Alcon Vision, LLC, Alcon*
*Laboratories, Inc., Alcon Research, LLC, and*
*Alcon, Inc.*

SO ORDERED on this ___15th___ day, November, 2021

_____
Chief Judge