# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMO DEVELOPMENT, LLC, AMO MANUFACTURING USA, LLC and AMO SALES AND SERVICE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ALCON VISION, LLC, ALCON LABORATORIES, INC. and ALCON RESEARCH, LLC, <br><br> Defendants. | C.A. No. 20-842-CFC-JLH <br><br> **JURY TRIAL DEMANDED** |
| ALCON INC., ALCON RESEARCH, LLC, and ALCON VISION, LLC, <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> AMO DEVELOPMENT, LLC, AMO MANUFACTURING USA, LLC, AMO SALES AND SERVICE, INC., and JOHNSON & JOHNSON SURGICAL VISION, INC., <br><br> Counterclaim Defendants. | |

**JOINT MOTION FOR A TELECONFERENCE
TO RESOLVE A DISCOVERY DISPUTE**

Defendants/Counterclaim-Plaintiffs (collectively, "Alcon") respectfully move the Court to schedule a teleconference to address outstanding discovery disputes as set forth below. Relevant to these disputes is Plaintiffs'/Counterclaim-Defendants' (collectively, "J&J Vision's") alleged delay in bringing suit. The parties have the following disputes:

1. Whether J&J Vision should be ordered to supplement its response to Alcon's Interrogatory No. 5 concerning J&J Vision's inspections of the LenSx system.

2. Whether J&J Vision should be ordered to supplement its response to Alcon's Interrogatory No. 17 requesting J&J Vision to "[d]escribe in detail J&J's considerations in when to bring suit."

3. Whether J&J should be ordered to produce certain communications, documents, and information consistent with Alcon's Request for Production Nos. 23, 36, 80, 81, and 133, seeking the underlying documents related to Alcon's Interrogatory Nos. 5 and 17.

4. Whether J&J Vision should be compelled to answer questions related to document retention in connection with the inspection of the LenSx in 2014.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in telephonic meet-and-confers on one or

more of the above issues on at least the following dates: September 20, 2021, October 22, 2021, and November 9, 2021.

**Delaware Counsel**:

    Defendants/Counterclaim Plaintiffs: John W. Shaw

    Plaintiffs/Counterclaim Defendants: Jack B. Blumenfeld

**Lead Counsel**:

    Defendants/Counterclaim Plaintiffs: Noah S. Frank

    Plaintiffs/Counterclaim Defendants: Rachel Weiner Cohen

The parties are available for a teleconference on December 17, 2021, but can be available on December 13 or 14 if more convenient for the Court.

| | |
|---|---|
| OF COUNSEL:<br>Jeanne M. Heffernan, P.C.<br>Joshua L. Simmons<br>Matthew A. Lembo<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>(212) 446-4800<br><br>Gregg F. LoCascio, P.C.<br>Sean M. McEldowney<br>Noah S. Frank<br>Hannah L. Bedard<br>KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>(202) 389-5000<br><br>Caroline Lourgos<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>(312) 862-2000<br><br>Kristen P.L. Reichenbach<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, CA 94104<br>(415) 439-1400<br><br>Dated: November 24, 2021 | */s/ Nathan R. Hoeschen*<br>John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>Nathan R. Hoeschen (No. 6232)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br>*Attorneys for Alcon Inc.,*<br>*Alcon Vision, LLC,*<br>*Alcon Laboratories, Inc. and*<br>*Alcon Research, LLC* |