IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMO DEVELOPMENT, LLC, AMO MANUFACTURING USA, LLC and AMO SALES AND SERVICE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ALCON VISION, LLC, ALCON LABORATORIES, INC. and ALCON RESEARCH, LLC, <br><br> Defendants. <br><br> ALCON INC., ALCON RESEARCH, LLC, and ALCON VISION, LLC, <br><br> Defendants and Counterclaim Plaintiffs, <br><br> v. <br><br> AMO DEVELOPMENT, LLC, AMO MANUFACTURING USA, LLC, AMO SALES AND SERVICE, INC. and JOHNSON & JOHNSON SURGICAL VISION, INC., <br><br> Plaintiffs and Counterclaim Defendants. | C.A. No. 20-842 (CFC) (JLH) |

# [PROPOSED] COPYRIGHT CASE SCHEDULE

Whereas, all patent claims have been stayed and the case is proceeding on Plaintiffs' copyright claims (D.I. 205);

Whereas, the Pretrial Conference is scheduled for January 18, 2023 at 3:00 p.m. and the Trial has been set to start on February 13, 2023;

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the schedule is adjusted as follows:

| Event | Date |
|---|---|
| Substantial Completion of Document Production | December 22, 2021 |
| Privilege Log Exchange | January 14, 2022 |
| Fact Discovery Cut-off | March 4, 2022 |
| Opening Expert Reports for the Party that has the initial burden of proof on a subject matter | April 15, 2022 |
| Rebuttal Expert Reports | May 13, 2022 |
| Reply Expert Reports for the Party that has the initial burden of proof on a subject matter | June 10, 2022 |
| Interim Status Report | June 6, 2022 (unchanged from D.I. 61) |
| Status Conference | June 16, 2022 (unchanged from D.I. 61) |
| Expert Discovery Cut-off | July 15, 2022 |

| Case Dispositive and *Daubert* Motions – Opening Briefs | August 12, 2022 (unchanged from D.I. 61) |
| --- | --- |
| Case Dispositive and *Daubert* Motions – Opposition Briefs | September 16, 2022 (unchanged from D.I. 61) |
| Case Dispositive and *Daubert* Motions – Reply Briefs | October 14, 2022 (unchanged from D.I. 61) |
| Pretrial Order, Jury Instructions, Voir Dire, Special Verdict forms | December 21, 2022, 5:00 p.m. (unchanged from D.I. 61) |
| Pre-Trial Conference | January 18, 2023, 3:00 p.m. (unchanged from D.I. 61) |
| Trial | February 13, 2023 (unchanged from D.I. 61) |

MORRIS, NICHOLS, ARSHT
  & TUNNELL LLP

/s/ Anthony D. Raucci
Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com
araucci@morrisnichols.com

OF COUNSEL:

Michael A. Morin
Matthew J. Moore
Sarang V. Damle
Rachel Weiner Cohen
Susan Y. Tull
Carolyn M. Homer
Holly K. Victorson
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
(202) 637-2200

Roger J. Chin
Joseph R. Wetzel
Allison Harms
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 491-0600

SHAW KELLER LLP

/s/ John W. Shaw
John W. Shaw (#3362)
Karen E. Keller (#4489)
Nathan R. Hoeschen (#6232)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
nhoeschen@shawkeller.com

OF COUNSEL:

Gregg F. LoCascio
Sean M. McEldowney
Noah S. Frank
Hannah L. Bedard
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 389-5000

Jeanne M. Heffernan
KIRKLAND & ELLIS LLP
401 Congress Avenue
Austin, TX 78701
(512) 678-9100

Joshua L. Simmons
Matthew A. Lembo
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800

| | |
|---|---|
| S. Giri Pathmanaban<br>LATHAM & WATKINS LLP<br>140 Scott Drive<br>Menlo Park, CA 94025<br>(650) 328-4600<br><br>*Attorneys for Plaintiffs and Counterclaim Defendants AMO Development, LLC, AMO Manufacturing USA, LLC, AMO Sales and Service, Inc., and Johnson & Johnson Surgical Vision, Inc.* | Caroline Lourgos<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>(312) 862-2000<br><br>Kristen P.L. Reichenbach<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, CA 94104<br>(415) 439-1500<br><br>*Attorneys for Defendants and Counterclaim Plaintiffs Alcon Vision, LLC, Alcon Laboratories, Inc., Alcon Research, LLC, and Alcon, Inc.* |

December 17, 2021

SO ORDERED on this 20TH day, December, 2021

_____
United States District Judge, Chief

5