IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMO DEVELOPMENT, LLC, AMO MANUFACTURING USA, LLC and AMO SALES AND SERVICE, INC.,<br><br>Plaintiffs,<br>v.<br><br>ALCON VISION, LLC, ALCON LABORATORIES, INC. and ALCON RESEARCH, LLC,<br><br>Defendants. | C.A. No. 20-842-CFC-JLH |
| ALCON INC., ALCON RESEARCH, LLC, and ALCON VISION, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AMO DEVELOPMENT, LLC, AMO MANUFACTURING USA, LLC, AMO SALES AND SERVICE, INC., and JOHNSON & JOHNSON SURGICAL VISION, INC.,<br><br>Defendants. | |

**[PROPOSED] ORDER GRANTING ALCON'S**
**MOTION FOR LEAVE TO AMEND THE PLEADINGS**

On this __________ day of ____________________, 2022, the Court having considered Defendants/Counterclaim-Plaintiffs Alcon Inc., Alcon Vision, LLC, Alcon Research, LLC, and Alcon Laboratories, Inc.'s (collectively, "Alcon") Motion for Leave to Amend the Pleadings under Federal Rules of Civil Procedure 15(a)(2) and 16(b)(4),

IT IS HEREBY ORDERED that Alcon's Motion is GRANTED, and Alcon's First Amended Answer to the Second Amended Complaint attached to the Motion as Exhibit 1 may be filed. Specifically, Alcon has established good cause to amend the pleadings and incorporate additional defenses of laches/delay, failure to mitigate damages, and acquiescence.

______________________________
Chief United States District Judge