# EXHIBIT B
# REDACTED IN ITS ENTIRETLY