# EXHIBIT E

[redacted]

| | |
|---|---|
| **From:** | Rachel.Cohen@lw.com |
| **Sent:** | Thursday, November 4, 2021 5:07 PM |
| **To:** | #Alcon-JNJ; SKAlcon@shawkeller.com |
| **Cc:** | johnson&johnson.alcon.lwteam@lw.com; JBlumenfeld@morrisnichols.com; began@morrisnichols.com; araucci@morrisnichols.com |
| **Subject:** | J&J Vision/Alcon - Preliminary Privilege Log (HC-AEO) |
| **Attachments:** | Highly Confidential AEO - 2021.11.04 J&J Vision's Preliminary Privilege Log.pdf; Highly Confidential AEO - 2021.11.04 J&J Vision's Preliminary Privilege Log.xlsx |

> This message is from an EXTERNAL SENDER - be cautious, particularly with links and attachments.

CONTAINS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY INFORMATION
SUBJECT TO A PROTECTIVE ORDER

Counsel,

As you know, discovery is ongoing. The currently agreed-to substantial completion deadline is December 10, 2021, and privilege logs are not due until January 10, 2022. In the spirit of cooperation, we have provided a preliminary privilege log for currently known documents that may be responsive to Alcon RFP Nos. 23, 36, 80, 81, or 133 that have been withheld as privileged. We note again that we are being asymmetrically cooperative. We trust this moots Alcon's unfounded complaints, but if not, we remain available to meet and confer on Monday, November 8 at 1 PM ET.

Regards,
Rachel

**Rachel Weiner Cohen**

**LATHAM & WATKINS LLP**
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Direct: +1.202.637.1035
Fax: +1.202.637.2201
Email: rachel.cohen@lw.com
https://www.lw.com/people/rachel-cohen

---

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.