# EXHIBIT F
# REDACTED IN ITS ENTIRETY