# EXHIBIT H

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AMO DEVELOPMENT, LLC,<br>AMO MANUFACTURING USA, LLC,<br>and AMO SALES AND SERVICE, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ALCON LENSX, INC.,<br>ALCON VISION, LLC,<br>ALCON LABORATORIES, INC., and<br>ALCON RESEARCH, LLC,<br><br>Defendants. | C.A. No. 20-842 (CFC) |
| ALCON INC., ALCON LENSX, INC.,<br>ALCON RESEARCH, LLC, and<br>ALCON VISION, LLC,<br><br>Counter-Plaintiffs,<br><br>v.<br><br>AMO DEVELOPMENT, LLC,<br>AMO MANUFACTURING USA, LLC,<br>AMO SALES AND SERVICE, INC.,<br>and JOHNSON & JOHNSON<br>SURGICAL VISION, INC.,<br><br>Counter-Defendants. | |

**PLAINTIFFS' RESPONSES TO DEFENDANTS' FIRST SET OF REQUESTS FOR PRODUCTION (NOS. 1-152)**

**<u>RESPONSE TO REQUEST FOR PRODUCTION NO. 80</u>:**

J&J Vision objects to this request to the extent it seeks information and documents protected by the attorney-client privilege, work product doctrine, or any other applicable privilege or immunity. J&J Vision objects that this request is overly broad and unduly burdensome, and on the grounds that it seeks information already in Alcon's possession, custody or control.

Subject to the foregoing Specific and General Objections, J&J Vision responds as follows: J&J Vision will produce non-privileged documents in its possession, custody, or control sufficient to show documents concerning the LenSx Source Code, to the extent such documents exist and are located after a reasonable search.

**<u>REQUEST FOR PRODUCTION NO. 81</u>:**

All Documents concerning Your investigation or reverse engineering of the LenSx Source Code, including without limitation the factual bases for the allegations in Mr. Warren Foust's July 14, 2020 correspondence to Alcon and the Amended Complaint.

**<u>RESPONSE TO REQUEST FOR PRODUCTION NO. 81</u>:**

J&J Vision objects to this request to the extent it seeks information and documents protected by the attorney-client privilege, work product doctrine, or any other applicable privilege or immunity.

Subject to the foregoing Specific and General Objections, J&J Vision responds as follows: J&J Vision did not attempt to "reverse-engineer" the LenSx, and accordingly has no responsive documents in its possession, custody or control regarding such alleged reverse engineering. J&J Vision will produce non-privileged documents in its possession, custody, or control evidencing the factual basis of the allegations in Mr. Warren Foust's July 14, 2020 correspondence to Alcon.

**REQUEST FOR PRODUCTION NO. 82:**

All Documents concerning Your purchase of IntraLase Corp. and Abbott Medical Optics, Inc., including without limitation any valuations of the J&J Asserted Works, purchase agreements, and agreements not to use any IntraLase Corp. or Abbott Medical Optics, Inc. information.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 82:**

J&J Vision objects to this request to the extent it seeks information and documents protected by the attorney-client privilege, work product doctrine, or any other applicable privilege or immunity. J&J Vision objects that this request is overly broad, unduly burdensome and vague and ambiguous, and seeks information that is not relevant to any party's claim or defense in this case, is not likely to lead to the discovery of admissible evidence, or is not proportional to the needs of the case, for example, in seeking "all Documents" concerning the purchases of IntraLase Corp. and Abbott Medical Optics, Inc.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer A. Ward*

Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
Jennifer A. Ward (#6476)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com
jward@morrisnichols.com

*Attorneys for Plaintiffs and Counterclaim Defendants AMO Development, LLC, AMO Manufacturing USA, LLC, AMO Sales and Service, Inc., and Johnson & Johnson Surgical Vision, Inc.*

OF COUNSEL:

Michael A. Morin
Matthew J. Moore
Sarang V. Damle
Rachel Weiner Cohen
Carolyn M. Homer
Krupa Parikh
Holly K. Victorson
Ashley Finger
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
(202) 637-2200

Roger J. Chin
Joseph R. Wetzel
Kristine W. Hanson
Allison Harms
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 491-0600

S. Giri Pathmanaban
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 328-4600

February 10, 2021

**CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2021, copies of the foregoing were caused to be served upon the following in the manner indicated:

John W. Shaw, Esquire
Karen E. Keller, Esquire
David M. Fry, Esquire
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
*Attorneys for Defendants and Counterclaim Plaintiffs*

*VIA ELECTRONIC MAIL*

Jeannie Heffernan, Esquire
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
*Attorneys for Defendants and Counterclaim Plaintiffs*

*VIA ELECTRONIC MAIL*

Caroline Lourgos, Esquire
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
*Attorneys for Defendants and Counterclaim Plaintiffs*

*VIA ELECTRONIC MAIL*

Kristen P.L. Reichenbach, Esquire
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
*Attorneys for Defendants and Counterclaim Plaintiffs*

*VIA ELECTRONIC MAIL*

Noah S. Frank, Esquire
Gregg LoCascio, Esquire
Sean M. McEldowney, Esquire
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, NW
Washington, DC 20004
*Attorneys for Defendants and Counterclaim Plaintiffs*

*VIA ELECTRONIC MAIL*

*/s/ Jennifer A. Ward*

Jennifer A. Ward (#6476)