# EXHIBIT I

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AMO DEVELOPMENT, LLC, AMO MANUFACTURING USA, LLC and AMO SALES AND SERVICE, INC.,<br><br>Plaintiffs,<br>v.<br><br>ALCON LENSX, INC., ALCON VISION, LLC, ALCON LABORATORIES, INC. and ALCON RESEARCH, LLC,<br><br>Defendants. | C.A. No. 20-842-CFC<br><br>**JURY TRIAL DEMANDED** |
| ALCON INC., ALCON LENSX, INC., ALCON RESEARCH, LLC, and ALCON VISION, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AMO DEVELOPMENT, LLC, AMO MANUFACTURING USA, LLC, AMO SALES AND SERVICE, INC., and JOHNSON & JOHNSON SURGICAL VISION, INC.,<br><br>Defendants. | |

**ALCON'S FIRST SET OF INTERROGATORIES (NOS. 1-20)**

Pursuant Federal Rules of Civil Procedure Rules 26 and 33 and the Local Rules of this Judicial District, Defendants and Counterclaim-Plaintiffs Alcon Inc., Alcon Lensx, Inc., Alcon Vision, LLC, Alcon Laboratories, Inc. and Alcon Research, LLC (collectively, "Alcon" or "Defendants") hereby request that Plaintiffs and Counterclaim-Defendants AMO Development, LLC, AMO

**INTERROGATORY NO. 5:**

Identify each and every LenSx system or component, or software, including but not limited to Source Code, that J&J has ever possessed, inspected, or viewed, and provide the following information about each of them: the quantity J&J possessed, inspected, or viewed, the people at J&J who possessed, inspected, or viewed them, the date, source, and other circumstances under which each Person at J&J came to possess, inspect, or view them, every use of them, all testing, evaluation, analysis, observation, or reverse engineering involving them, and all Documents referring or relating to them, and the identity by production number of all Documents referring or relating to the facts requested herein.

**INTERROGATORY NO. 6:**

Describe Your organizational structure as it relates to CATALYS, including the identity of the five Persons most knowledgeable regarding each of: the requirements, specifications, and design of CATALYS; any terminology, shorthand, code words, or nicknames used for the CATALYS; the development, structure, operation, and coding of CATALYS; marketing of CATALYS; and legal and competitive analyses relating to CATALYS; including such Person's responsibilities related thereto and dates of involvement with respect to CATALYS.

alleged protected elements of the J&J Asserted Works, the time period for which J&J contends it is entitled to collect damages from Alcon due to any alleged infringement of the J&J Asserted Works, whether the royalty base is based on the value of the entire product or a portion thereof (if so, identify the portion), and whether You contend that the proper royalty base is on a per-use basis or a per-unit basis.

**INTERROGATORY NO. 16:**

For each of the Alcon Asserted Patents, describe in detail any considerations, communications, discussions, or decisions related to the possibility of altering CATALYS, for any reason, including to avoid infringement, identify all Documents, witnesses, and things on which You intend to rely, or which otherwise relate to Your considerations, communications, discussions, or decisions related to the possibility of altering the CATALYS, and identify the five Persons most knowledgeable regarding the foregoing facts and a description of each such Person's knowledge.

**INTERROGATORY NO. 17:**

Describe in detail J&J's considerations in when to bring suit, including how and when J&J first learned of the alleged patent and copyright infringement and any fact investigation conducted of Alcon's products or programs, identify persons most knowledgeable of the facts requested herein and the subject matter of each person's

knowledge, and identify all Documents by production number referring or relating to the facts requested herein.

**INTERROGATORY NO. 18:**

For each of the J&J Asserted Patents, explain in detail Your contentions regarding secondary considerations and objective evidence (or its absence) of non-obviousness, including: commercial success, long-felt but unsolved needs, failure of others, unexpected results, simultaneous invention, industry praise, and copying, and identify all Documents, witnesses, and things on which You intend to rely, or which otherwise relate to Your contentions, including those that rebut Your contentions, the five Persons most knowledgeable regarding the factual bases for each of Your contentions, and a description of each such Person's knowledge.

**INTERROGATORY NO. 19:**

Identify the complete factual and legal bases for J&J's claims for injunctive relief, including without limitation any claim that J&J has been irreparably injured by Alcon's alleged infringement, any claim that remedies available at law are inadequate to compensate for the alleged injury, any claim that the balance of hardships weigh in favor of an injunction, and any claim that the public interest would not be disserved by an injunction against Alcon.

**INTERROGATORY NO. 20:**

For each theory of damages You allege, explain whether the theory is a remedy for patent infringement, copyright infringement, or both, and, if both, explain the apportionment of damages theory, how apportionment was applied between Your patent and copyright infringement claims, and Your basis for the apportionment.

Dated: January 11, 2021

SHAW KELLER LLP

*/s/ John W. Shaw*

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com

*Attorneys for*
*Alcon, Inc.,*
*Alcon LenSx, Inc.,*
*Alcon Vision, LLC,*
*Alcon Laboratories, Inc. and*
*Alcon Research, LLC*

OF COUNSEL:

Jeanne Heffernan
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800

Gregg F. LoCascio
Noah S. Frank
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 389-5000

Caroline Lourgos
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

Kristen P.L. Reichenbach
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
(415) 439-1400

**CERTIFICATE OF SERVICE**

I, John W. Shaw, hereby certify that on January 11, 2021, this document was served on the persons listed below in the manner indicated:

**BY EMAIL**

Jack B. Blumenfeld
Brian P. Egan
Jennifer A. Ward
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
began@mnat.com
jward@mnat.com

Roger J. Chin
Allison Harms
Joseph R. Wetzel
Kristine W. Hanson
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 491-0600
roger.chin@lw.com
allison.harms@lw.com
joe.wetzel@lw.com
kris.hanson@lw.com

Michael A. Morin
Matthew J. Moore
Rachel Weiner Cohen
Krupa Parikh
Ashley Finger
Sarang V. Damle
Holly K. Victorson
Carolyn M. Homer
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
(202) 637-2200
michael.morin@lw.com
matthew.moore@lw.com
rachel.cohen@lw.com
krupa.parikh@lw.com
ashley.finger@lw.com
sy.damle@lw.com
holly.victorson@lw.com
carolyn.homer@lw.com

S.Giri Pathmanaban
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 328-4600
giri.pathmanaban@lw.com

*/s/ John W. Shaw*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendants*