IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMO DEVELOPMENT, LLC, AMO MANUFACTURING USA, LLC and AMO SALES AND SERVICE, INC., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | C.A. No. 20-842 (CFC) (JLH) |
| ALCON VISION, LLC, ALCON LABORATORIES, INC. and ALCON RESEARCH, LLC, | ) ) ) ) ) | |
| Defendants. | ) | |
| ALCON INC., ALCON RESEARCH, LLC, and ALCON VISION, LLC, | ) ) ) | |
| Defendants and Counterclaim Plaintiffs, | ) ) ) ) | |
| v. | ) ) | |
| AMO DEVELOPMENT, LLC, AMO MANUFACTURING USA, LLC, AMO SALES AND SERVICE, INC. and JOHNSON & JOHNSON SURGICAL VISION, INC., | ) ) ) ) ) ) | |
| Plaintiffs and Counterclaim Defendants. | ) ) ) | |

## **AUTHENTICITY STIPULATION**

Plaintiffs and Counterclaim Defendants AMO Development, LLC, AMO Manufacturing USA, LLC, AMO Sales and Service, Inc., and Johnson & Johnson Surgical Vision, Inc. (collectively, "J&J Vision" or "Party") have met and conferred with Defendants and Counterclaim Plaintiffs Alcon Vision, LLC and Alcon Research, LLC, Defendant Alcon Laboratories, Inc., and Counterclaim Plaintiff Alcon, Inc. (collectively, "Alcon" or "Party"), and upon determining that good cause exists for the foregoing, J&J Vision and Alcon hereby agree and stipulate as follows:

1.   Subject to the exceptions below, and absent good cause to challenge the authenticity of a particular document, J&J Vision and Alcon (collectively, "Parties") agree that any Party document (including any Source Code, as defined in the Stipulated Protective Order (D.I. 63)), and any true and correct copy thereof, produced in the above-captioned action ("Action") shall be deemed authentic under Rule 901 solely for purposes of this Action and any appeal of this Action.

2.   Good cause shall include, by way of example, issues relating to the completeness of the document (*e.g.*, missing or incomplete pages) or any conditions in the document or the manner in which it was produced that bring into question whether the document was in fact generated by the producing Party.

3.   In the event that a good-faith dispute arises regarding the authenticity of a document, the Parties agree to meet and confer in good faith promptly about the

authenticity of the document at issue and, if necessary, to expedite the briefing on any related motions.

4.  For the avoidance of doubt, this stipulation does not apply to documents produced by a Party which were not created by that Party or its employees.[1]

5.  For the avoidance of doubt, the Parties reserve the right to challenge the admissibility of the documents subject to this stipulation on grounds other than authenticity.

6.  This Stipulation may be executed in counterparts; facsimile and PDF signatures shall be deemed originals for all purposes.

---

[1] This clause is not intended to exclude from this stipulation's scope documents created by a Party's predecessor entities (e.g., documents created by LenSx Lasers, Inc. or IntraLase Corp.).  Instead, this clause is intended to refer to third party documents in a Party's possession.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Anthony D. Raucci*

_____
Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com
araucci@morrisnichols.com

OF COUNSEL:

Michael A. Morin
Matthew J. Moore
Sarang V. Damle
Rachel Weiner Cohen
Susan Y. Tull
Carolyn M. Homer
Holly K. Victorson
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
(202) 637-2200

Roger J. Chin
Joseph R. Wetzel
Kristine W. Hanson
Allison Harms
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 491-0600

SHAW KELLER LLP

*/s/ John W. Shaw*

_____
John W. Shaw (#3362)
Karen E. Keller (#4489)
Nathan R. Hoeschen (#6232)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
nhoeschen@shawkeller.com

OF COUNSEL:

Jeannie Heffernan
Joshua L. Simmons
Matthew A. Lembo
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800

Gregg LoCascio
Noah S. Frank
Sean M. McEldowney
Hannah L. Bedard
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 389-5000

Caroline Lourgos
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

S.Giri Pathmanaban
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA  94025
(650) 328-4600

*Attorneys for Plaintiffs and
Counterclaim Defendants
AMO Development, LLC,
AMO Manufacturing USA, LLC,
AMO Sales and Service, Inc., and
Johnson & Johnson Surgical Vision,
Inc.*

Kristen P.L. Reichenbach
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA  94104
(415) 439-1400

*Attorneys for Defendants and Counterclaim
Plaintiffs Alcon Vision, LLC, Alcon
Laboratories, Inc., Alcon Research, LLC, and
Alcon, Inc.*

February 11, 2022

SO ORDERED on this ___14th___ day, February, 2022

_____
Chief Judge