IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMO DEVELOPMENT, LLC, AMO MANUFACTURING USA, LLC and AMO SALES AND SERVICE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ALCON VISION, LLC, ALCON LABORATORIES, INC. and ALCON RESEARCH, LLC, <br><br> Defendants. | C.A. No. 20-842-CFC-JLH |
| ALCON INC., ALCON RESEARCH, LLC, and ALCON VISION, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> AMO DEVELOPMENT, LLC, AMO MANUFACTURING USA, LLC, AMO SALES AND SERVICE, INC., and JOHNSON & JOHNSON SURGICAL VISION, INC., <br><br> Defendants. | |

**JOINT MOTION FOR A TELECONFERENCE
TO RESOLVE A DISCOVERY DISPUTE**

Defendants/Counterclaim-Plaintiffs (collectively, "Alcon") respectfully move the Court to schedule a teleconference to address outstanding discovery disputes. The parties have the following dispute:

1.      Whether J&J Vision should be ordered to produce (in whole or redacted form) a report drafted by a software developer in connection with the 2014 inspection of the LenSx system.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in telephonic meet-and-confers on one or more of the above issues on at least the following dates: February 18, 2022.

**Delaware Counsel**:

    Defendants/Counterclaim Plaintiffs: John W. Shaw

    Plaintiffs/Counterclaim Defendants: Anthony Raucci

**Lead Counsel**:

    Defendants/Counterclaim Plaintiffs: Noah S. Frank

    Plaintiffs/Counterclaim Defendants: P. Anthony Sammi

The parties are available for a teleconference on the following dates: March 14 or 15, 2022.

| | |
|---|---|
| */s/ Anthony D. Raucci* | */s/ John W. Shaw* |
| Jack B. Blumenfeld (No. 1014) | John W. Shaw (No. 3362) |
| Brian P. Egan (No. 6227) | Karen E. Keller (No. 4489) |
| Anthony D. Raucci (No. 5948) | Andrew E. Russell (No. 5382) |
| MORRIS, NICHOLS, ARSHT & | Nathan R. Hoeschen (No. 6232) |
| TUNNELL LLP | SHAW KELLER LLP |
| 1201 North Market Street | I.M. Pei Building |
| P.O. Box 1347 | 1105 North Market Street, 12th Floor |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 298-0700 |
| jblumenfeld@morrisnichols.com | jshaw@shawkeller.com |
| began@morrisnichols.com | kkeller@shawkeller.com |
| araucci@morrisnichols.com | arussell@shawkeller.com |
| | nhoeschen@shawkeller.com |

*Attorneys for Plaintiffs and Counterclaim Defendants AMO Development, LLC, AMO Manufacturing USA, LLC, AMO Sales and Service, Inc. and Johnson & Johnson Surgical Vision, Inc.*

*Attorneys for Defendants and Counterclaim Plaintiffs Alcon Inc., Alcon Vision, LLC, Alcon Laboratories, Inc. and Alcon Research, LLC*

Dated: February 23, 2022