## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMO DEVELOPMENT, LLC,<br>AMO MANUFACTURING USA, LLC<br>and AMO SALES AND SERVICE, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ALCON VISION, LLC,<br>ALCON LABORATORIES, INC. and<br>ALCON RESEARCH, LLC,<br><br>Defendants. | C.A. No. 20-842 (CFC) (JLH) |
| ALCON INC.,<br>ALCON RESEARCH, LLC, and<br>ALCON VISION, LLC,<br><br>Defendants and<br>Counter-Plaintiffs,<br><br>v.<br><br>AMO DEVELOPMENT, LLC,<br>AMO MANUFACTURING USA, LLC,<br>AMO SALES AND SERVICE, INC.,<br>and JOHNSON & JOHNSON<br>SURGICAL VISION, INC.<br><br>Plaintiffs and Counter-<br>Defendants. | |

## STIPULATION AND [PROPOSED] ORDER

Whereas, all patent claims have been stayed and the case is proceeding on Plaintiffs' copyright claims (D.I. 205, 226);

Whereas, the Pretrial Conference is scheduled for January 18, 2023 at 3:00 p.m. and the Trial is scheduled to start on February 13, 2023;

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the following dates are adjusted as follows:

| Event | Date |
|---|---|
| Opening Expert Reports for the Party that has the initial burden of proof on a subject matter | April 29, 2022 |
| Rebuttal Expert Reports | May 27, 2022 |
| Reply Expert Reports for the Party that has the initial burden of proof on a subject matter | June 21, 2022 |
| Interim Status Report | July 11, 2022 |
| Status Conference | July __, 2022 |

All other dates remain unchanged.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Anthony D. Raucci
_____

Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com
araucci@morrisnichols.com

OF COUNSEL:

Michael A. Morin
Matthew J. Moore
Sarang V. Damle
Rachel Weiner Cohen
Susan Y. Tull
Carolyn M. Homer
Holly K. Victorson
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
(202) 637-2200

Roger J. Chin
Joseph R. Wetzel
Allison Harms
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 491-0600

SHAW KELLER LLP

/s/ Andrew E. Russell
_____

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
Nathan R. Hoeschen (No. 6232)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE  19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
arussell@shawkeller.com
nhoeschen@shawkeller.com

OF COUNSEL:

Gregg F. LoCascio
Sean M. McEldowney
Noah S. Frank
Hannah L. Bedard
Kelly Tripathi
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 389-5000

Jeanne M. Heffernan
KIRKLAND & ELLIS LLP
401 Congress Avenue
Austin, TX 78701
(512) 678-9100

S. Giri Pathmanaban
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 328-4600

P. Anthony Sammi
Rachel Renee Blitzer
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

Aaron Macris
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
(617) 948-6000

Joshua L. Simmons
Matthew A. Lembo
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800

Caroline Lourgos
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

Kristen P.L. Reichenbach
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
(415) 439-1500

*Attorneys for Plaintiffs and
Counterclaim Defendants
AMO Development, LLC,
AMO Manufacturing USA, LLC,
AMO Sales and Service, Inc., and
Johnson & Johnson Surgical Vision, Inc.*

*Attorneys for Defendants and
Counterclaim Plaintiffs Alcon Vision,
LLC, Alcon Laboratories, Inc., Alcon
Research, LLC, and Alcon, Inc.*

April 7, 2022

SO ORDERED on this _____ day of April, 2022.

_____
Chief Judge