# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMO DEVELOPMENT, LLC, AMO MANUFACTURING USA, LLC and AMO SALES AND SERVICE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ALCON VISION, LLC, ALCON LABORATORIES, INC. and ALCON RESEARCH, LLC, <br><br> Defendants. <br><br> ALCON INC., ALCON RESEARCH, LLC, and ALCON VISION, LLC, <br><br> Defendants and Counter-Plaintiffs, <br><br> v. <br><br> AMO DEVELOPMENT, LLC, AMO MANUFACTURING USA, LLC, AMO SALES AND SERVICE, INC., and JOHNSON & JOHNSON SURGICAL VISION, INC. <br><br> Plaintiffs and Counter-Defendants. | C.A. No. 20-842 (CFC) (JLH) |

## STIPULATION AND [PROPOSED] ORDER

Whereas, all patent claims have been stayed and the case is proceeding on Plaintiffs' copyright claims (D.I. 205, 226);

Whereas, the Pretrial Conference is scheduled for January 18, 2023 at 3:00 p.m. and the Trial is scheduled to start on February 13, 2023;

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the following dates are adjusted as follows:

| Event | Date |
|---|---|
| Opening Expert Reports for the Party that has the initial burden of proof on a subject matter | April 29, 2022 |
| Rebuttal Expert Reports | May 27, 2022 |
| Reply Expert Reports for the Party that has the initial burden of proof on a subject matter | June 21, 2022 |
| Interim Status Report | July 11, 2022 |
| Status Conference | ~~July __, 2022~~ August 3, 2022 ~~4:00~~ 11:00 a.m. |

All other dates remain unchanged.

2

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
|---|---|
| */s/ Anthony D. Raucci* | */s/ Andrew E. Russell* |
| Jack B. Blumenfeld (#1014)<br>Brian P. Egan (#6227)<br>Anthony D. Raucci (#5948)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>began@morrisnichols.com<br>araucci@morrisnichols.com | John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>Andrew E. Russell (No. 5382)<br>Nathan R. Hoeschen (No. 6232)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>arussell@shawkeller.com<br>nhoeschen@shawkeller.com |
| OF COUNSEL:<br><br>Michael A. Morin<br>Matthew J. Moore<br>Sarang V. Damle<br>Rachel Weiner Cohen<br>Susan Y. Tull<br>Carolyn M. Homer<br>Holly K. Victorson<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br>(202) 637-2200<br><br>Roger J. Chin<br>Joseph R. Wetzel<br>Allison Harms<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>(415) 491-0600 | OF COUNSEL:<br><br>Gregg F. LoCascio<br>Sean M. McEldowney<br>Noah S. Frank<br>Hannah L. Bedard<br>Kelly Tripathi<br>KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>(202) 389-5000<br><br>Jeanne M. Heffernan<br>KIRKLAND & ELLIS LLP<br>401 Congress Avenue<br>Austin, TX 78701<br>(512) 678-9100 |

| | |
|---|---|
| S. Giri Pathmanaban<br>LATHAM & WATKINS LLP<br>140 Scott Drive<br>Menlo Park, CA 94025<br>(650) 328-4600 | Joshua L. Simmons<br>Matthew A. Lembo<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>(212) 446-4800 |
| P. Anthony Sammi<br>Rachel Renee Blitzer<br>LATHAM & WATKINS LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br>(212) 906-1200 | Caroline Lourgos<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>(312) 862-2000 |
| Aaron Macris<br>LATHAM & WATKINS LLP<br>200 Clarendon Street<br>Boston, MA 02116<br>(617) 948-6000 | Kristen P.L. Reichenbach<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, CA 94104<br>(415) 439-1500 |
| *Attorneys for Plaintiffs and Counterclaim Defendants AMO Development, LLC, AMO Manufacturing USA, LLC, AMO Sales and Service, Inc., and Johnson & Johnson Surgical Vision, Inc.* | *Attorneys for Defendants and Counterclaim Plaintiffs Alcon Vision, LLC, Alcon Laboratories, Inc., Alcon Research, LLC, and Alcon, Inc.* |

April 7, 2022

SO ORDERED on this _____ day of April, 2022.

_____
Chief Judge