IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMO DEVELOPMENT, LLC, AMO MANUFACTURING USA, LLC, and AMO SALES AND SERVICE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ALCON VISION, LLC, ALCON LABORATORIES, INC., and ALCON RESEARCH, LLC, <br><br> Defendants. | C.A. No. 20-842-CFC-JLH |
| ALCON, INC., ALCON RESEARCH, LLC and ALCON VISION, LLC, <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> AMO DEVELOPMENT, LLC, AMO MANUFACTURING USA, LLC, AMO SALES AND SERVICE, INC. and JOHNSON & JOHNSON SURGICAL VISION, INC. <br><br> Counterclaim Defendants. | |

**<u>ALCON'S SUPPLEMENTAL RULE 7.1 DISCLOSURE STATEMENT</u>**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and the Court's April 18, 2022 Standing Order, Alcon Inc., Alcon Vision, LLC, Alcon Laboratories, Inc. and Alcon Research, LLC state as follows:

1

Alcon Research, LLC is wholly owned by Alcon Vision, LLC.

Alcon Vision, LLC is wholly owned by Ciba Vision, LLC.

Ciba Vision, LLC is wholly owned by Alcon Laboratories, Inc.

Alcon Laboratories, Inc. is a direct, wholly owned subsidiary of Alcon Inc.

Alcon Inc., a publicly traded company, has no parent corporation and no publicly traded company owns 10% or more of the stock of Alcon Inc.

|  |  |
|---|---|
|  | /s/ Andrew E. Russell |
|  | John W. Shaw (No. 3362) |
|  | Karen E. Keller (No. 4489) |
|  | Andrew E. Russell (No. 5382) |
|  | Nathan R. Hoeschen (No. 6232) |
|  | SHAW KELLER LLP |
|  | I.M. Pei Building |
|  | 1105 North Market Street, 12th Floor |
|  | Wilmington, DE 19801 |
| OF COUNSEL: | (302) 298-0700 |
| Jeanne M. Heffernan | jshaw@shawkeller.com |
| KIRKLAND & ELLIS LLP | kkeller@shawkeller.com |
| 401 Congress Avenue | arussell@shawkeller.com |
| Austin, TX 78701 | nhoeschen@shawkeller.com |
| (512) 678-9123 | *Attorneys for Alcon Inc.,* |
|  | *Alcon Vision, LLC,* |
| Gregg F. LoCascio | *Alcon Laboratories, Inc. and* |
| Sean M. McEldowney | *Alcon Research, LLC* |
| Noah S. Frank |  |
| Hannah L. Bedard |  |
| Kelly Tripathi |  |
| KIRKLAND & ELLIS LLP |  |
| 1301 Pennsylvania Avenue, NW |  |
| Washington, DC 20004 |  |
| (202) 389-5000 |  |

Joshua L. Simmons
KIRKLAND & ELLIS LLP
601 Lexington Ave
New York, NY 10022
(212) 390-4573

Caroline Lourgos
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

Kristen P.L. Reichenbach
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
(415) 439-1400

Dated: April 28, 2022