IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMO DEVELOPMENT, LLC, AMO MANUFACTURING USA, LLC and AMO SALES AND SERVICE, INC., <br><br>  Plaintiffs, <br><br>  v. <br><br> ALCON VISION, LLC, ALCON LABORATORIES, INC. and ALCON RESEARCH, LLC, <br><br>  Defendants. <br> ALCON INC., ALCON RESEARCH, LLC, and ALCON VISION, LLC, <br><br>  Defendants and Counterclaim Plaintiffs, <br><br>  v. <br><br> AMO DEVELOPMENT, LLC, AMO MANUFACTURING USA, LLC, AMO SALES AND SERVICE, INC. and JOHNSON & JOHNSON SURGICAL VISION, INC., <br><br>  Plaintiffs and Counterclaim Defendants. | C.A. No. 20-842 (CFC) (JLH) |

## STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadline for Reply Expert Reports (currently June 21 pursuant to D.I. 318) is extended to June 23, 2022.  All other dates remain unchanged.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
|---|---|
| */s/ Brian P. Egan* | */s/ Andrew E. Russell* |
| Jack B. Blumenfeld (#1014)<br>Brian P. Egan (#6227)<br>Anthony D. Raucci (#5948)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>began@morrisnichols.com<br>araucci@morrisnichols.com<br><br>*Attorneys for Plaintiffs and Counterclaim Defendants AMO Development, LLC, AMO Manufacturing USA, LLC, AMO Sales and Service, Inc., and Johnson & Johnson Surgical Vision, Inc.* | John W. Shaw (#3362)<br>Karen E. Keller (#4489)<br>Andrew E. Russell (#5382)<br>Nathan R. Hoeschen (#6232)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>arussell@shawkeller.com<br>nhoeschen@shawkeller.com<br><br>*Attorneys for Defendants and Counterclaim Plaintiffs Alcon Vision, LLC, Alcon Laboratories, Inc., Alcon Research, LLC, and Alcon, Inc.* |

June 17, 2022

SO ORDERED on this _____ day of June, 2022.

_____
Chief Judge