# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMO DEVELOPMENT, LLC, AMO MANUFACTURING USA, LLC and AMO SALES AND SERVICE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ALCON VISION, LLC, ALCON LABORATORIES, INC. and ALCON RESEARCH, LLC, <br><br> Defendants. <br><br><br> ALCON INC., ALCON RESEARCH, LLC, and ALCON VISION, LLC, <br><br> Defendants and Counterclaim Plaintiffs, <br><br> v. <br><br> AMO DEVELOPMENT, LLC, AMO MANUFACTURING USA, LLC, AMO SALES AND SERVICE, INC., and JOHNSON & JOHNSON SURGICAL VISION, INC. <br><br> Plaintiffs and Counterclaim Defendants. | C.A. No. 20-842 (CFC) (JLH) |

**JOINT INTERIM STATUS REPORT**

Pursuant to Paragraph 23 the Court's Scheduling Order entered February 11, 2021 (D.I. 61), as amended on December 20, 2021 (D.I. 226), April 8, 2022 (D.I. 318), and June 17, 2022 (D.I. 329), Plaintiffs and Counterclaim Defendants AMO Development, LLC, AMO Manufacturing USA, LLC, AMO Sales and Services, Inc., and Johnson & Johnson Surgical Vision, Inc. (collectively, "J&J Vision"), and Defendants and Counterclaim Plaintiffs Alcon Inc., Alcon Laboratories, Inc., Alcon Research, LLC, and Alcon Vision, LLC (collectively, "Alcon"), respectfully submit this Joint Interim Status Report.

## I.   NATURE OF THE MATTERS IN ISSUE

This case involves patent and copyright infringement claims, brought by AMO Development, LLC, AMO Manufacturing USA, LLC, and AMO Sales and Service, Inc. (collectively, "Plaintiffs"), against Alcon Vision, LLC, Alcon Laboratories, Inc., and Alcon Research LLC (collectively, "Defendants"). Plaintiffs assert Defendants infringe 16 patents and 21 registered copyrights. Alcon Inc., Alcon Research, LLC, and Alcon Vision, LLC have countersued AMO Development, LLC, AMO Manufacturing USA, LLC, AMO Sales and Service, Inc., and Johnson & Johnson Surgical Vision, Inc., for infringement of 5 patents.

Pursuant to the parties' stipulation, on November 15, 2021, the Court stayed all patent infringement claims upon institution of *inter partes* review proceedings pending the PTAB's last-to-issue final written decision or otherwise agreed by the

2

parties, so only Plaintiffs' copyright claims are currently proceeding according to the scheduling order as amended. D.I. 205. The parties anticipate that the PTAB's last final written decision will issue in December 2022.

## II. PROGRESS OF DISCOVERY TO DATE

The cut-off for fact discovery was March 4, 2022. Opening expert reports were served on April 29, 2022, rebuttal expert reports were served on May 27, 2022, and reply expert reports were served on June 23, 2022. Expert depositions are underway and will be completed by the deadline for the close of expert discovery, except for certain expert depositions scheduled to be taken out of time pursuant to the parties' agreement due to various scheduling issues relating to other professional commitments and summer holiday schedules. All expert depositions are set to conclude by August 4, 2022 and sufficiently in advance of the Court's August 12, 2022 deadline for opening briefs for case dispositive and *Daubert* motions (D.I. 61, 226). The parties do not anticipate requesting rescheduling of any currently scheduled deadlines.

## III. BRIEFING SCHEDULE FOR CASE DISPOSITIVE AND *DAUBERT* MOTIONS

Opening briefs for case dispositive and *Daubert* motions are due August 12, 2022, opposition briefs for case dispositive and *Daubert* motions are due September 16, 2022, and reply briefs for case dispositive and *Daubert* motions are due October 14, 2022. D.I. 61, 226.

3

## IV. ISSUES REQUIRING THE COURT'S ATTENTION

The parties wish to bring to the Court's attention Alcon's Motion for Leave to Amend the Pleadings (D.I. 245), for which briefing is complete (D.I. 246; D.I. 262; D.I. 274).

There are no other outstanding motions currently pending.

The parties will continue to attempt to resolve any disputes that may arise without requesting the Court's intervention.

The parties will be prepared to discuss the status of the case with the Court at the status conference scheduled for August 3, 2022 at 11 AM.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
|---|---|
| /s/ Anthony D. Raucci | /s/ John W. Shaw |
| Jack B. Blumenfeld (#1014) | John W. Shaw (No. 3362) |
| Brian P. Egan (#6227) | Karen E. Keller (No. 4489) |
| Anthony D. Raucci (#5948) | Andrew E. Russell (No. 5382) |
| 1201 North Market Street | Nathan R. Hoeschen (No. 6232) |
| P.O. Box 1347 | I.M. Pei Building |
| Wilmington, DE 19899 | 1105 North Market Street, 12th Floor |
| (302) 658-9200 | Wilmington, DE 19801 |
| jblumenfeld@morrisnichols.com | (302) 298-0700 |
| began@morrisnichols.com | jshaw@shawkeller.com |
| araucci@morrisnichols.com | kkeller@shawkeller.com |
|  | arussell@shawkeller.com |
| *Attorneys for Plaintiffs and* | nhoeschen@shawkeller.com |
| *Counterclaim Defendants* | *Attorneys for Defendants and Counterclaim* |
| *AMO Development, LLC,* | *Plaintiffs Alcon Inc.,* |
| *AMO Manufacturing USA, LLC,* | *Alcon Vision, LLC, Alcon Laboratories, Inc.* |
| *AMO Sales and Service, Inc., and* | *and Alcon Research, LLC* |
| *Johnson & Johnson Surgical Vision, Inc.* |  |

4

OF COUNSEL:

Michael A. Morin
Matthew J. Moore
Sarang V. Damle
Rachel Weiner Cohen
Susan Y. Tull
Carolyn M. Homer
Holly K. Victorson
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
(202) 637-2200

Roger J. Chin
Joseph R. Wetzel
Allison Harms
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 491-0600

S. Giri Pathmanaban
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 328-4600

P. Anthony Sammi
Rachel Renee Blitzer
LATHAM & WATKINS LLP
1270 Avenue of the Americas
New York, NY 10020
(212) 906-1200

Aaron Macris
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
(617) 948-6000

July 11, 2022

OF COUNSEL:

Jeanne M. Heffernan
KIRKLAND & ELLIS LLP
401 Congress Avenue
Austin, TX 78701
(512) 678-9123

Gregg F. LoCascio
Sean M. McEldowney
Noah S. Frank
Kelly Tripathi
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 389-5000

Joshua L. Simmons
KIRKLAND & ELLIS LLP
601 Lexington Ave
New York, NY 10022
(212) 390-4573

Caroline Lourgos
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

Kristen P.L. Reichenbach
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
(415) 439-1400