IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMO DEVELOPMENT, LLC, AMO MANUFACTURING USA, LLC, and AMO SALES AND SERVICE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ALCON VISION, LLC, ALCON LABORATORIES, INC., and ALCON RESEARCH, LLC, <br><br> Defendants. <br> ALCON, INC., ALCON RESEARCH, LLC and ALCON VISION, LLC, <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> AMO DEVELOPMENT, LLC, AMO MANUFACTURING USA, LLC, AMO SALES AND SERVICE, INC. and JOHNSON & JOHNSON SURGICAL VISION, INC., <br><br> Counterclaim Defendants. | C.A. No. 20-842-CFC-JLH |

**STIPULATION AND [PROPOSED] ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the schedule is adjusted as follows:

| Event | Date |
|---|---|
| Case Dispositive and *Daubert* Motions and Opening Briefs | August 19, 2022 |
| Case Dispositive and *Daubert* Opposition Briefs | September 23, 2022 |
| Case Dispositive and *Daubert* Reply Briefs | October 14, 2022 (unchanged from D.I. 61) |
| Pretrial Order, Jury Instructions, Voir Dire, Special Verdict Forms | December 21, 2022, 5:00 p.m. (unchanged from D.I. 61) |
| Pretrial Conference | January 18, 2023, 3:00 p.m. (unchanged from D.I. 61) |
| Trial | February 13, 2023 (unchanged from D.I. 61) |

| | |
|---|---|
| /s/ *Jack B. Blumenfeld* | /s/ *Andrew E. Russell* |
| Jack B. Blumenfeld (No. 1014) | John W. Shaw (No. 3362) |
| Brian P. Egan (No. 6227) | Karen E. Keller (No. 4489) |
| Anthony D. Raucci (No. 5948) | Andrew E. Russell (No. 5382) |
| MORRIS, NICHOLS, ARSHT | Nathan R. Hoeschen (No. 6232) |
| & TUNNELL LLP | SHAW KELLER LLP |
| 1201 North Market Street | I.M. Pei Building |
| P.O. Box 1347 | 1105 North Market Street, 12th Floor |
| Wilmington, DE  19899 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 298-0700 |
| jblumenfeld@morrisnichols.com | jshaw@shawkeller.com |
| began@morrisnichols.com | kkeller@shawkeller.com |
| araucci@morrisnichols.com | arussell@shawkeller.com |
| | nhoeschen@shawkeller.com |
| OF COUNSEL: | |
| | OF COUNSEL: |
| Michael A. Morin | |
| Matthew J. Moore | Gregg F. LoCascio |
| Sarang V. Damle | Sean M. McEldowney |
| Rachel Weiner Cohen | Noah S. Frank |
| Susan Y. Tull | Kelly Tripathi |
| Carolyn M. Homer | KIRKLAND & ELLIS LLP |
| Holly K. Victorson | 1301 Pennsylvania Avenue, N.W. |
| LATHAM & WATKINS LLP | Washington, DC 20004 |
| 555 Eleventh Street, NW, Suite 1000 | (202) 389-5000 |
| Washington, DC 20004 | |
| (202) 637-2200 | Jeanne M. Heffernan |
| | KIRKLAND & ELLIS LLP |
| Roger J. Chin | 401 Congress Avenue |
| Joseph R. Wetzel | Austin, TX 78701 |
| Allison Harms | (512) 678-9100 |
| LATHAM & WATKINS LLP | |
| 505 Montgomery Street, Suite 2000 | Joshua L. Simmons |
| San Francisco, CA 94111 | KIRKLAND & ELLIS LLP |
| (415) 491-0600 | 601 Lexington Avenue |
| | New York, NY 10022 |
| | (212) 446-4800 |

| | |
|---|---|
| S. Giri Pathmanaban<br>LATHAM & WATKINS LLP<br>140 Scott Drive<br>Menlo Park, CA 94025<br>(650) 328-4600 | Caroline Lourgos<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>(312) 862-2000 |
| P. Anthony Sammi<br>Rachel Renee Blitzer<br>Latham & Watkins LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br>(212) 906-1200 | Kristen P.L. Reichenbach<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, CA 94104<br>(415) 439-1500 |
| Aaron Macris<br>Latham & Watkins LLP<br>200 Clarendon Street<br>Boston, MA 02116<br>(617) 948-6000 | *Attorneys for Defendants and Counterclaim Plaintiffs Alcon Vision, LLC, Alcon Laboratories, Inc., Alcon Research, LLC, and Alcon, Inc.* |

*Attorneys for Plaintiffs and Counterclaim Defendants AMO Development, LLC, AMO Manufacturing USA, LLC, AMO Sales and Service, Inc., and Johnson & Johnson Surgical Vision, Inc.*

SO ORDERED on this 21st day, July, 2022.

_____
Chief Judge