IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMO DEVELOPMENT, LLC, <br> AMO MANUFACTURING USA, LLC, <br> and AMO SALES AND SERVICE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ALCON VISION, LLC, ALCON LABORATORIES, INC., and ALCON RESEARCH, LLC, <br><br> Defendants. <br><br> ALCON, INC., ALCON RESEARCH, LLC and ALCON VISION, LLC, <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> AMO DEVELOPMENT, LLC, <br> AMO MANUFACTURING USA, LLC, <br> AMO SALES AND SERVICE, INC. <br> and JOHNSON & JOHNSON SURGICAL VISION, INC., <br><br> Counterclaim-Defendants. | C.A. No. 20-842-CFC-JLH <br><br> **JURY TRIAL DEMANDED** |

**ALCON'S MOTION TO PRECLUDE CERTAIN EXPERT TESTIMONY
(NO. 3) OF MR. NIKOLAUS BAER**

Pursuant to Federal Rules of Evidence 702 and 703, Defendants Alcon Vision,

LLC, Alcon Laboratories, Inc. and Alcon Research, LLC ("Alcon") respectfully

move to preclude Plaintiffs AMO Development, LLC, AMO Manufacturing USA, LLC, and AMO Sales and Service, Inc.'s ("J&J") expert Mr. Nikolaus Baer from testifying regarding his conclusions about whether Alcon infringed J&J's copyrights, whether two works are substantially similar, and whether J&J's works are protectable.  The grounds for this motion are set forth in Alcon's opening brief, filed herewith.  Pursuant to D. Del. LR 7.1.1, counsel certifies that reasonable efforts have been made to reach agreement on the subject of this motion.

      WHEREFORE, Alcon respectfully requests that the Court grant this motion and enter the attached proposed order.

|  |  |
|---|---|
| | Respectfully Submitted, |
| | */s/ Andrew E. Russell* |
| | John W. Shaw (No. 3362) |
| OF COUNSEL: | Karen E. Keller (No. 4489) |
| Jeanne M. Heffernan | Andrew E. Russell (No. 5382) |
| KIRKLAND & ELLIS LLP | Nathan R. Hoeschen (No. 6232) |
| 401 Congress Avenue | SHAW KELLER LLP |
| Austin, TX 78701 | I.M. Pei Building |
| (512) 678-9123 | 1105 North Market Street, 12th Floor |
| | Wilmington, DE 19801 |
| Gregg F. LoCascio | (302) 298-0700 |
| Sean M. McEldowney | jshaw@shawkeller.com |
| Noah S. Frank | kkeller@shawkeller.com |
| KIRKLAND & ELLIS LLP | arussell@shawkeller.com |
| 1301 Pennsylvania Avenue, NW | nhoeschen@shawkeller.com |
| Washington, DC 20004 | *Attorneys for Alcon Inc., Alcon Vision,* |
| (202) 389-5000 | *LLC, Alcon Laboratories, Inc. and* |
| | *Alcon Research, LLC* |

Joshua L. Simmons
KIRKLAND & ELLIS LLP
601 Lexington Ave
New York, NY 10022
(212) 390-4573

Kristen P.L. Reichenbach
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
(415) 439-1400

Caroline Lourgos
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

Dated: August 19, 2022