IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMO DEVELOPMENT, LLC, AMO MANUFACTURING USA, LLC, and AMO SALES AND SERVICE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ALCON VISION, LLC, ALCON LABORATORIES, INC., and ALCON RESEARCH, LLC, <br><br> Defendants. <br><br> ALCON, INC., ALCON RESEARCH, LLC and ALCON VISION, LLC, <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> AMO DEVELOPMENT, LLC, AMO MANUFACTURING USA, LLC, AMO SALES AND SERVICE, INC. and JOHNSON & JOHNSON SURGICAL VISION, INC., <br><br> Counterclaim-Defendants. | C.A. No. 20-842-CFC-JLH <br><br> **JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER GRANTING ALCON'S MOTION TO PRECLUDE CERTAIN EXPERT TESTIMONY (NO. 3) OF MR. NIKOLAUS BAER**

1

2

On this _____ day of _____, 20____, the Court having considered Alcon's Motion to Preclude Certain Expert Testimony (No. 3) of Mr. Nikolaus Baer, and all papers and argument submitted therewith,

IT IS ORDERED that the motion is GRANTED.  Mr. Nikolaus Baer is PRECLUDED from testifying to his conclusions about whether Alcon infringed J&J's copyrights, whether two works are substantially similar, and whether J&J's works are protectable.

_____
United States District Judge