IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMO DEVELOPMENT, LLC,<br>AMO MANUFACTURING USA, LLC,<br>and AMO SALES AND SERVICE,<br>INC., | ) <br> ) <br> ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| v. | ) <br> ) | C.A. No. 20-842-CFC-JLH |
| ALCON VISION, LLC, ALCON<br>LABORATORIES, INC., and ALCON<br>RESEARCH, LLC, | ) <br> ) <br> ) <br> ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) <br> ) | |
| ALCON, INC., ALCON RESEARCH,<br>LLC and ALCON VISION, LLC, | ) <br> ) <br> ) | |
| Counterclaim-Plaintiffs, | ) <br> ) | |
| v. | ) <br> ) | |
| AMO DEVELOPMENT, LLC,<br>AMO MANUFACTURING USA, LLC,<br>AMO SALES AND SERVICE, INC.<br>and JOHNSON & JOHNSON<br>SURGICAL VISION, INC., | ) <br> ) <br> ) <br> ) <br> ) <br> ) | |
| Counterclaim-Defendants. | ) <br> ) | |

**ORDER GRANTING ALCON'S MOTION FOR SUMMARY JUDGMENT
(NO. 1) THAT THE COPYRIGHT ACT BARS MONETARY RELIEF FOR
INFRINGING ACTS OCCURRING MORE THAN THREE YEARS
<u>BEFORE J&J FILED SUIT</u>**

On this _____ day of _____, 20____, the Court

having considered Defendants Alcon Vision, LLC, Alcon Laboratories, Inc., and

Alcon Research, LLC's ("Alcon") Motion for Summary Judgment (No. 1) That the

Copyright Act Bars Monetary Relief for Infringing Acts Occurring More Than Three

Years Before J&J Filed Suit under Federal Rule of Civil Procedure 56,

IT IS ORDERED that Alcon's Motion is GRANTED.  Specifically, the Court

holds that Plaintiffs AMO Development, LLC, AMO Manufacturing USA, LLC,

and AMO Sales and Service, Inc. ("J&J") are barred from recovering monetary relief

for acts that occurred before September 28, 2017.


_____
United States District Judge