IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMO DEVELOPMENT, LLC, AMO MANUFACTURING USA, LLC and AMO SALES AND SERVICE, INC., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 20-842 (CFC) (JLH) |
| ALCON VISION, LLC, ALCON LABORATORIES, INC. and ALCON RESEARCH, LLC, | ) ) ) ) | |
| Defendants. | ) | |
| ALCON INC., ALCON RESEARCH, LLC, and ALCON VISION, LLC, | ) ) ) | |
| Counterclaim Plaintiffs, | ) ) | |
| v. | ) ) | |
| AMO DEVELOPMENT, LLC, AMO MANUFACTURING USA, LLC, AMO SALES AND SERVICE, INC. and JOHNSON & JOHNSON SURGICAL VISION, INC., | ) ) ) ) ) ) | |
| Counterclaim Defendants. | ) | |

**PLAINTIFFS' *DAUBERT* MOTION (NO. 1) TO EXCLUDE
DR. STEPHEN WICKER'S OPINIONS CONCERNING THE TIME SAVED
THROUGH THE ALLEGED COPYING**

Pursuant to Federal Rule of Evidence 702, Plaintiffs respectfully move to

preclude Defendants' technical expert, Dr. Stephen Wicker, from offering testimony

regarding his opinion that copying the iFS software saved the LenSx developers only

6.7 months, as reflected in ¶¶ 73-82 of his Rebuttal Report.[1]

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Brian P. Egan*

_____

OF COUNSEL:

Michael A. Morin
Matthew J. Moore
Sarang V. Damle
Rachel Weiner Cohen
Susan Y. Tull
Carolyn M. Homer
Holly K. Victorson
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC  20004
(202) 637-2200

Roger J. Chin
Joseph R. Wetzel
Allison Harms
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA  94111
(415) 491-0600

S. Giri Pathmanaban
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA  94025
(650) 328-4600

Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com
araucci@morrisnichols.com

*Attorneys for Plaintiffs and*
*Counterclaim-Defendants*
*AMO Development, LLC,*
*AMO Manufacturing USA, LLC,*
*AMO Sales and Service, Inc. and*
*Johnson & Johnson Surgical Vision, Inc.*

_____

[1]  Pursuant to D. Del. LR 7.1.1, the parties met and conferred on this matter, including Delaware counsel for both the moving party and opposing party, but no agreement could be reached.

P. Anthony Sammi
Rachel Renee Blitzer
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY  10020
(212) 906-1200

Aaron Macris
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
(617) 948-6000

August 19, 2022

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMO DEVELOPMENT, LLC,<br>AMO MANUFACTURING USA, LLC<br>and AMO SALES AND SERVICE,<br>INC.,<br><br>      Plaintiffs,<br><br>      v.<br><br>ALCON VISION, LLC,<br>ALCON LABORATORIES, INC. and<br>ALCON RESEARCH, LLC,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 20-842 (CFC) (JLH)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| ALCON INC., ALCON RESEARCH,<br>LLC, and ALCON VISION, LLC,<br><br>      Counterclaim Plaintiffs,<br><br>      v.<br><br>AMO DEVELOPMENT, LLC,<br>AMO MANUFACTURING USA,<br>LLC, AMO SALES AND SERVICE,<br>INC. and JOHNSON & JOHNSON<br>SURGICAL VISION, INC.,<br><br>      Counterclaim Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' DAUBERT MOTION
(NO. XX) TO EXCLUDE DR. STEPHEN WICKER'S OPINIONS
CONCERNING THE TIME SAVED THROUGH THE ALLEGED
<u>COPYING</u>**

Before this Court is Plaintiffs' motion to exclude testimony of Dr. Stephen

Wicker's regarding time saved through the alleged copying.  Having reviewed the

motion and all related briefing, and for good cause shown, the Court concludes that the testimony at issue fails to meet the requirements imposed by Federal Rule of Evidence 702 and should be excluded.

      IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED.

      IT IS SO ORDERED, this _____ day of _____, 2022.


                                  _____
                                  The Honorable Colm F. Connolly
                                  Chief, United States District Court Judge

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 19, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 19, 2022, upon the following in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire | *VIA ELECTRONIC MAIL* |
| Karen E. Keller, Esquire | |
| Andrew E. Russell, Esquire | |
| David M. Fry, Esquire | |
| SHAW KELLER LLP | |
| I.M. Pei Building | |
| 1105 North Market Street, 12th Floor | |
| Wilmington, DE  19801 | |
| *Attorneys for Defendants* | |
| *and Counterclaim-Plaintiffs* | |
| | |
| Jeannie Heffernan, Esquire | *VIA ELECTRONIC MAIL* |
| Joshua L. Simmons, Esquire | |
| KIRKLAND & ELLIS LLP | |
| 601 Lexington Avenue | |
| New York, NY  10022 | |
| *Attorneys for Defendants* | |
| *and Counterclaim-Plaintiffs* | |
| | |
| Caroline Lourgos, Esquire | *VIA ELECTRONIC MAIL* |
| KIRKLAND & ELLIS LLP | |
| 300 North LaSalle | |
| Chicago, IL  60654 | |
| *Attorneys for Defendants* | |
| *and Counterclaim-Plaintiffs* | |

Kristen P.L. Reichenbach, Esquire                    *VIA ELECTRONIC MAIL*
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA  94104
*Attorneys for Defendants*
*and Counterclaim-Plaintiffs*

Noah S. Frank, Esquire                               *VIA ELECTRONIC MAIL*
Gregg LoCascio, Esquire
Sean M. McEldowney, Esquire
Kelly Tripathi, Esquire
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, NW
Washington, DC  20004
*Attorneys for Defendants*
*and Counterclaim-Plaintiffs*


                              */s/ Brian P. Egan*
                              _____

                              Brian P. Egan (#6227)