IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMO DEVELOPMENT, LLC, AMO MANUFACTURING USA, LLC, and AMO SALES AND SERVICE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ALCON VISION, LLC, ALCON LABORATORIES, INC., and ALCON RESEARCH, LLC, <br><br> Defendants. | C.A. No. 20-842-CFC-JLH <br><br> **CONFIDENTIAL - FILED UNDER SEAL** |
| ALCON, INC., ALCON RESEARCH, LLC and ALCON VISION, LLC, <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> AMO DEVELOPMENT, LLC, AMO MANUFACTURING USA, LLC, AMO SALES AND SERVICE, INC. and JOHNSON & JOHNSON SURGICAL VISION, INC., <br><br> Counterclaim-Defendants. | |

**[PROPOSED] ORDER GRANTING ALCON'S MOTION FOR SUMMARY JUDGMENT THAT ONLY AMO DEVELOPMENT, LLC IS ENTITLED TO ACTUAL DAMAGES**

On this _____ day of _____, 20\_\_\_\_, the Court having considered Defendants Alcon Vision, LLC, Alcon Laboratories, Inc., and Alcon Research, LLC's ("Alcon") Motion for Summary Judgment (No. 2) That Only AMO Development, LLC is Entitled to Actual Damages under Federal Rule of Civil Procedure 56,

IT IS ORDERED that Alcon's Motion is GRANTED.  Specifically, the Court holds that:

1. AMO Development, LLC is not entitled to lost profits prior to December 30, 2019, or for any sales of intraocular lenses.

2. Johnson & Johnson Surgical Vision, Inc., AMO Manufacturing USA, LLC, AMO Sales and Service, Inc., and AMO Ireland are not entitled to claim lost profits.

_____
United States District Judge