IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMO DEVELOPMENT, LLC, AMO MANUFACTURING USA, LLC and AMO SALES AND SERVICE, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ALCON VISION, LLC, ALCON LABORATORIES, INC. and ALCON RESEARCH, LLC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 20-842 (CFC) (JLH)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| ALCON INC., ALCON RESEARCH, LLC, and ALCON VISION, LLC,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>AMO DEVELOPMENT, LLC, AMO MANUFACTURING USA, LLC, AMO SALES AND SERVICE, INC. and JOHNSON & JOHNSON SURGICAL VISION, INC.,<br><br>Counterclaim Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' *DAUBERT* MOTION (NO. 3) TO EXCLUDE TESTIMONY OF JULIE DAVIS REGARDING DEDUCTION OF IOL COSTS**

Pursuant to Federal Rule of Evidence 702, Plaintiffs respectfully move to exclude testimony of Defendant's damages expert, Julie Davis, regarding deduction

of costs to determine Defendant's profits on IOL sales, as reflected in footnote 16 and Exhibit 5 Schedules 1-2 of her Rebuttal Report.[1]

                                                             MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                             */s/ Brian P. Egan*

                                                             _____

| OF COUNSEL: | Jack B. Blumenfeld (#1014) |
| --- | --- |
| | Brian P. Egan (#6227) |
| Michael A. Morin | Anthony D. Raucci (#5948) |
| Matthew J. Moore | 1201 North Market Street |
| Sarang V. Damle | P.O. Box 1347 |
| Rachel Weiner Cohen | Wilmington, DE 19899 |
| Susan Y. Tull | (302) 658-9200 |
| Carolyn M. Homer | jblumenfeld@morrisnichols.com |
| Holly K. Victorson | began@morrisnichols.com |
| LATHAM & WATKINS LLP | araucci@morrisnichols.com |
| 555 Eleventh Street, NW, Suite 1000 | |
| Washington, DC 20004 | *Attorneys for Plaintiffs and* |
| (202) 637-2200 | *Counterclaim-Defendants* |
| | *AMO Development, LLC,* |
| Roger J. Chin | *AMO Manufacturing USA, LLC,* |
| Joseph R. Wetzel | *AMO Sales and Service, Inc. and* |
| Allison Harms | *Johnson & Johnson Surgical Vision, Inc.* |
| LATHAM & WATKINS LLP | |
| 505 Montgomery Street, Suite 2000 | |
| San Francisco, CA 94111 | |
| (415) 491-0600 | |
| | |
| S. Giri Pathmanaban | |
| LATHAM & WATKINS LLP | |
| 140 Scott Drive | |
| Menlo Park, CA 94025 | |
| (650) 328-4600 | |

---

[1] Pursuant to D. Del. LR 7.1.1, the parties met and conferred on this matter, including Delaware counsel for both the moving party and opposing party, but no agreement could be reached.

P. Anthony Sammi
Rachel Renee Blitzer
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY  10020
(212) 906-1200

Aaron Macris
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
(617) 948-6000

August 19, 2022

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMO DEVELOPMENT, LLC, AMO MANUFACTURING USA, LLC and AMO SALES AND SERVICE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ALCON VISION, LLC, ALCON LABORATORIES, INC. and ALCON RESEARCH, LLC, <br><br> Defendants. <br> ALCON INC., ALCON RESEARCH, LLC, and ALCON VISION, LLC, <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> AMO DEVELOPMENT, LLC, AMO MANUFACTURING USA, LLC, AMO SALES AND SERVICE, INC. and JOHNSON & JOHNSON SURGICAL VISION, INC., <br><br> Counterclaim Defendants. | C.A. No. 20-842 (CFC) (JLH) |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' *DAUBERT*
MOTION (NO. 3) TO EXCLUDE TESTIMONY OF JULIE DAVIS
<u>REGARDING DEDUCTION OF IOL COSTS</u>**

Before this Court is Plaintiffs' motion to exclude testimony of Julie Davis regarding deduction of costs to determine Defendants' profits on IOL sales, as reflected in footnote 16 and Exhibit 5 Schedules 1-2 of her Rebuttal Report. Having reviewed the motion and all related briefing, and for good cause shown, the Court concludes that the testimony at issue fails to meet the requirements imposed by Federal Rule of Evidence 702 and should be excluded.

    IT IS HEREBY ORDERED that Plaintiffs' motion is GRANTED.

    IT IS SO ORDERED, this _____ day of _____, 2022.

                                                        The Honorable Colm F. Connolly
                                                        Chief, United States District Court Judge

# **CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 19, 2022, upon the following in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire<br>Karen E. Keller, Esquire<br>Andrew E. Russell, Esquire<br>David M. Fry, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Defendants*<br>*and Counterclaim-Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Jeannie Heffernan, Esquire<br>Joshua L. Simmons, Esquire<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY  10022<br>*Attorneys for Defendants*<br>*and Counterclaim-Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Caroline Lourgos, Esquire<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL  60654<br>*Attorneys for Defendants*<br>*and Counterclaim-Plaintiffs* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Kristen P.L. Reichenbach, Esquire<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, CA  94104<br>*Attorneys for Defendants*<br>*and Counterclaim-Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Noah S. Frank, Esquire<br>Gregg LoCascio, Esquire<br>Sean M. McEldowney, Esquire<br>Kelly Tripathi, Esquire<br>KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Avenue, NW<br>Washington, DC  20004<br>*Attorneys for Defendants*<br>*and Counterclaim-Plaintiffs* | *VIA ELECTRONIC MAIL* |

*/s/ Brian P. Egan*
_____
Brian P. Egan (#6227)