IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMO DEVELOPMENT, LLC, AMO MANUFACTURING USA, LLC, and AMO SALES AND SERVICE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ALCON VISION, LLC, ALCON LABORATORIES, INC., and ALCON RESEARCH, LLC, <br><br> Defendants. <br><br> ALCON, INC., ALCON RESEARCH, LLC and ALCON VISION, LLC, <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> AMO DEVELOPMENT, LLC, AMO MANUFACTURING USA, LLC, AMO SALES AND SERVICE, INC. and JOHNSON & JOHNSON SURGICAL VISION, INC., <br><br> Counterclaim Defendants. | C.A. No. 20-842-CFC-JLH |

**ALCON'S MOTION FOR SUMMARY JUDGMENT (NO. 3) THAT LACHES BARS J&J'S CLAIM FOR DISGORGEMENT**

Pursuant to Federal Rule of Civil Procedure 56, Defendants Alcon Vision, LLC, Alcon Laboratories, Inc., and Alcon Research, LLC ("Alcon") respectfully move for summary judgment on Plaintiffs AMO Development, LLC, AMO Manufacturing USA, LLC, and AMO Sales and Service, Inc.'s ("J&J") claim for disgorgement, on the grounds that that claim is barred by the doctrine of laches.  The grounds for this motion are fully set forth in Alcon's Brief in Support of its Motion for Summary Judgment (No. 3) That Laches Bars J&J's Claim for Disgorgement, and a proposed order is attached hereto.

WHEREFORE, Alcon respectfully requests that the Court grant this Motion and enter the proposed order attached hereto.

Respectfully submitted,

*/s/ Andrew E. Russell*
John W. Shaw (No. 3362)

| OF COUNSEL: | Karen E. Keller (No. 4489) |
| Jeanne M. Heffernan | Andrew E. Russell (No. 5382) |
| KIRKLAND & ELLIS LLP | Nathan R. Hoeschen (No. 6232) |
| 401 Congress Avenue | SHAW KELLER LLP |
| Austin, TX 78701 | I.M. Pei Building |
| (512) 678-9123 | 1105 North Market Street, 12th Floor |
| | Wilmington, DE 19801 |
| Gregg F. LoCascio | (302) 298-0700 |
| Sean M. McEldowney | jshaw@shawkeller.com |
| Noah S. Frank | kkeller@shawkeller.com |
| Kelly Tripathi | arussell@shawkeller.com |
| KIRKLAND & ELLIS LLP | nhoeschen@shawkeller.com |
| 1301 Pennsylvania Avenue, NW | *Attorneys for Alcon Inc.,* |
| Washington, DC 20004 | *Alcon Vision, LLC,* |
| (202) 389-5000 | *Alcon Laboratories, Inc. and* |
| | *Alcon Research, LLC* |

2

Joshua L. Simmons
KIRKLAND & ELLIS LLP
601 Lexington Ave
New York, NY 10022
(212) 390-4573

Caroline Lourgos
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

Kristen P.L. Reichenbach
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
(415) 439-1400

Dated: August 19, 2022

## **CERTIFICATE OF SERVICE**

I, Andrew E. Russell, hereby certify that on August 19, 2022, this document was served on the persons listed below in the manner indicated:

**BY EMAIL**

Jack B. Blumenfeld
Brian P. Egan
MORRIS, NICHOLS, ARSHT
 & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
began@mnat.com

Roger J. Chin
Allison Harms
Joseph R. Wetzel
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 491-0600
roger.chin@lw.com
allison.harms@lw.com
joe.wetzel@lw.com

P. Anthony Sammi
Rachel Renee Blitzer
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
tony.sammi@lw.com

Michael A. Morin
Matthew J. Moore
Rachel Weiner Cohen
Sarang V. Damle
Holly K. Victorson
Carolyn M. Homer
Susan Y. Tull
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
(202) 637-2200
michael.morin@lw.com
matthew.moore@lw.com
rachel.cohen@lw.com
sy.damle@lw.com
holly.victorson@lw.com
carolyn.homer@lw.com
susan.tull@lw.com

S.Giri Pathmanaban
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 328-4600
giri.pathmanaban@lw.com

Aaron Macris
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
(617) 948-6000
aaron.marcris@lw.com

*/s/ Andrew E. Russell*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
arussell@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendants*