IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMO DEVELOPMENT, LLC, AMO MANUFACTURING USA, LLC, and AMO SALES AND SERVICE, INC., <br><br>    Plaintiffs, <br><br>   v. <br><br> ALCON VISION, LLC, ALCON LABORATORIES, INC., and ALCON RESEARCH, LLC, <br><br>    Defendants. <br><br> ALCON, INC., ALCON RESEARCH, LLC and ALCON VISION, LLC, <br><br>    Counterclaim Plaintiffs, <br><br>   v. <br><br> AMO DEVELOPMENT, LLC, AMO MANUFACTURING USA, LLC, AMO SALES AND SERVICE, INC. and JOHNSON & JOHNSON SURGICAL VISION, INC., <br><br>    Counterclaim Defendants. | C.A. No. 20-842-CFC-JLH |

**ORDER GRANTING ALCON'S MOTION FOR SUMMARY JUDGMENT (NO. 3) THAT LACHES BARS J&J'S CLAIM FOR DISGORGEMENT**

On this _____ day of _____, 20____, the Court having considered Defendants Alcon Vision, LLC, Alcon Laboratories, Inc., and Alcon Research, LLC's ("Alcon") Motion for Summary Judgment (No. 3) That Laches Bars J&J's Claim for Disgorgement under Federal Rule of Civil Procedure 56,

    IT IS ORDERED that Alcon's Motion is GRANTED. Specifically, the Court holds that the doctrine of laches bars Plaintiffs AMO Development, LLC, AMO Manufacturing USA, LLC, and AMO Sales and Service, Inc. from disgorging Alcon's profits.

                                                _____
                                                United States District Judge