IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMO DEVELOPMENT, LLC,<br>AMO MANUFACTURING USA, LLC,<br>and AMO SALES AND SERVICE,<br>INC., | )<br>)<br>)<br>) | |
| | ) | |
| Plaintiffs, | )<br>) | **REDACTED - PUBLIC VERSION** |
| v. | )<br>) | C.A. No. 20-842-CFC-JLH |
| | ) | |
| ALCON VISION, LLC, ALCON<br>LABORATORIES, INC., and ALCON<br>RESEARCH, LLC, | )<br>)<br>) | |
| | ) | |
| Defendants. | )<br>) | |
| ALCON, INC., ALCON RESEARCH,<br>LLC and ALCON VISION, LLC, | )<br>) | |
| | ) | |
| Counterclaim Plaintiffs, | )<br>) | |
| v. | )<br>) | |
| | ) | |
| AMO DEVELOPMENT, LLC,<br>AMO MANUFACTURING USA, LLC,<br>AMO SALES AND SERVICE, INC.<br>and JOHNSON & JOHNSON<br>SURGICAL VISION, INC., | )<br>)<br>)<br>)<br>) | |
| | ) | |
| Counterclaim Defendants. | )<br>) | |

**ALCON'S MOTION TO PRECLUDE CERTAIN EXPERT TESTIMONY
(NO. 1) OF DR. KATHRYN HATCH**

| | |
|---|---|
| OF COUNSEL:<br>Jeanne M. Heffernan<br>Kirkland & Ellis llp<br>401 Congress Avenue<br>Austin, TX 78701<br>(512) 678-9123<br><br>Gregg F. LoCascio<br>Sean M. McEldowney<br>Noah S. Frank<br>Kelly Tripathi<br>Kirkland & Ellis llp<br>1301 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>(202) 389-5000<br><br>Joshua L. Simmons<br>Kirkland & Ellis llp<br>601 Lexington Ave<br>New York, NY 10022<br>(212) 390-4573<br><br>Caroline Lourgos<br>Kirkland & Ellis llp<br>300 North LaSalle<br>Chicago, IL 60654<br>(312) 862-2000<br><br>Kristen P.L. Reichenbach<br>Kirkland & Ellis llp<br>555 California Street<br>San Francisco, CA 94104<br>(415) 439-1400<br><br>Dated: August 19, 2022 | John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>Andrew E. Russell (No. 5382)<br>Nathan R. Hoeschen (No. 6232)<br>Shaw Keller llp<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>arussell@shawkeller.com<br>nhoeschen@shawkeller.com<br>*Attorneys for Alcon Inc.,*<br>*Alcon Vision, LLC,*<br>*Alcon Laboratories, Inc. and*<br>*Alcon Research, LLC* |

Pursuant to Federal Rules of Evidence 702 and 703, Defendants Alcon Vision, LLC, Alcon Laboratories, Inc. and Alcon Research, LLC ("Alcon") respectfully move to preclude Plaintiffs AMO Development, LLC, AMO Manufacturing USA, LLC, and AMO Sales and Service, Inc.'s ("J&J") expert Dr. Kathryn Hatch from testifying regarding:

- ████████████████████████████████████████ (A1701–50, Hatch Op. Rpt. ¶¶ 28, 80–81; A1752–74, Hatch Rpl. Rpt. ¶¶ 12–16, 39–45); and

- ████████████████████████████████████████ (A1701–50, Hatch Op. Rpt. ¶¶ 21, 25, 27, 29, 41–46, 51–53, 55, 64, 68, 72, 77, 82–85; A1752–74, Hatch Rpl. Rpt. ¶¶ 5, 18–20, 26).

The grounds for this motion are set forth in Alcon's opening brief, filed herewith. Pursuant to D. Del. LR 7.1.1, counsel certifies that reasonable efforts have been made to reach agreement on the subject of this motion.

WHEREFORE, Alcon respectfully requests that the Court grant this motion and enter the attached proposed order.

1

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | /s/ Andrew E. Russell |
| OF COUNSEL: | John W. Shaw (No. 3362) |
| Jeanne M. Heffernan | Karen E. Keller (No. 4489) |
| KIRKLAND & ELLIS LLP | Andrew E. Russell (No. 5382) |
| 401 Congress Avenue | Nathan R. Hoeschen (No. 6232) |
| Austin, TX 78701 | SHAW KELLER LLP |
| (512) 678-9123 | I.M. Pei Building |

OF COUNSEL:
Jeanne M. Heffernan
KIRKLAND & ELLIS LLP
401 Congress Avenue
Austin, TX 78701
(512) 678-9123

Gregg F. LoCascio
Sean M. McEldowney
Noah S. Frank
Kelly Tripathi
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 389-5000

Joshua L. Simmons
KIRKLAND & ELLIS LLP
601 Lexington Ave
New York, NY 10022
(212) 390-4573

Caroline Lourgos
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

Kristen P.L. Reichenbach
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
(415) 439-1400

Dated: August 19, 2022

Respectfully submitted,

/s/ Andrew E. Russell
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
arussell@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Alcon Inc.,
Alcon Vision, LLC,
Alcon Laboratories, Inc. and
Alcon Research, LLC*

## **CERTIFICATE OF SERVICE**

I, Andrew E. Russell, hereby certify that on August 19, 2022, this document was served on the persons listed below in the manner indicated:

**BY EMAIL**

Jack B. Blumenfeld
Brian P. Egan
MORRIS, NICHOLS, ARSHT
 & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
began@mnat.com

Roger J. Chin
Allison Harms
Joseph R. Wetzel
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 491-0600
roger.chin@lw.com
allison.harms@lw.com
joe.wetzel@lw.com

P. Anthony Sammi
Rachel Renee Blitzer
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
tony.sammi@lw.com

Michael A. Morin
Matthew J. Moore
Rachel Weiner Cohen
Sarang V. Damle
Holly K. Victorson
Carolyn M. Homer
Susan Y. Tull
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
(202) 637-2200
michael.morin@lw.com
matthew.moore@lw.com
rachel.cohen@lw.com
sy.damle@lw.com
holly.victorson@lw.com
carolyn.homer@lw.com
susan.tull@lw.com

S.Giri Pathmanaban
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 328-4600
giri.pathmanaban@lw.com

Aaron Macris
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
(617) 948-6000
aaron.marcris@lw.com

/s/ Andrew E. Russell
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
arussell@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMO DEVELOPMENT, LLC, AMO MANUFACTURING USA, LLC, and AMO SALES AND SERVICE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ALCON VISION, LLC, ALCON LABORATORIES, INC., and ALCON RESEARCH, LLC, <br><br> Defendants. <br><br> ALCON, INC., ALCON RESEARCH, LLC and ALCON VISION, LLC, <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> AMO DEVELOPMENT, LLC, AMO MANUFACTURING USA, LLC, AMO SALES AND SERVICE, INC. and JOHNSON & JOHNSON SURGICAL VISION, INC., <br><br> Counterclaim Defendants. | **REDACTED - PUBLIC VERSION** <br><br> C.A. No. 20-842-CFC-JLH |

**PROPOSED ORDER GRANTING DEFENDANTS' MOTION TO PRECLUDE CERTAIN EXPERT TESTIMONY OF KATHRYN HATCH**

1

On this _____ day of _____, 20\_\_\_\_, the Court having considered Alcon's Motion to Preclude Certain Expert Testimony of Dr. Kathryn Hatch, and all papers and argument submitted therewith,

IT IS ORDERED that the motion is GRANTED. Dr. Kathryn Hatch is PRECLUDED from testifying regarding:

- ████████████████████████████ including as set forth in her opening report at paragraphs 28, 80–81, and in her reply report at paragraphs 12–16 and 39–45; and

- ████████████████████████████ including as set forth in her opening report at paragraphs 21, 25, 27, 29, 41–46, 51–53, 55, 64, 68, 72, 77, 82–85 and her reply report at paragraphs 5, 18–20, 26.

_____
United States District Judge

2