IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMO DEVELOPMENT, LLC, AMO MANUFACTURING USA, LLC, and AMO SALES AND SERVICE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ALCON VISION, LLC, ALCON LABORATORIES, INC., and ALCON RESEARCH, LLC, <br><br> Defendants. <br><br> ALCON, INC., ALCON RESEARCH, LLC and ALCON VISION, LLC, <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> AMO DEVELOPMENT, LLC, AMO MANUFACTURING USA, LLC, AMO SALES AND SERVICE, INC. and JOHNSON & JOHNSON SURGICAL VISION, INC., <br><br> Counterclaim-Defendants. | **REDACTED - PUBLIC VERSION** <br><br> C.A. No. 20-842-CFC-JLH |

**ALCON'S CONCISE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT (NO. 2) THAT ONLY AMO DEVELOPMENT, LLC IS ENTITLED TO ACTUAL DAMAGES**

| | |
|---|---|
| OF COUNSEL:<br>Jeanne M. Heffernan<br>KIRKLAND & ELLIS LLP<br>401 Congress Avenue<br>Austin, TX 78701<br>(512) 678-9123<br><br>Gregg F. LoCascio<br>Sean M. McEldowney<br>Noah S. Frank<br>KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>(202) 389-5000<br><br>Joshua L. Simmons<br>KIRKLAND & ELLIS LLP<br>601 Lexington Ave<br>New York, NY 10022<br>(212) 390-4573<br><br>Kristen P.L. Reichenbach<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, CA 94104<br>(415) 439-1400<br><br>Caroline Lourgos<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>(312) 862-2000<br><br>Dated: August 19, 2022 | John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>Andrew E. Russell (No. 5382)<br>Nathan R. Hoeschen (No. 6232)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>arussell@shawkeller.com<br>nhoeschen@shawkeller.com<br>*Attorneys for Alcon Inc.,*<br>*Alcon Vision, LLC,*<br>*Alcon Laboratories, Inc. and*<br>*Alcon Research, LLC* |

1. J&J[1] asserts that "AMO Development owns the Asserted Copyrights (and all rights thereunder, including the right to file suit)."[2]  D.I. 141 ¶55; *see also id.* ¶¶446, 451 ("AMO Development owns the Asserted Copyrights in the iFS® Laser computer programs . . . ."); *id.* ¶457 ("AMO Development owns the Asserted Copyrights in the confidential submissions made to the FDA to seek regulatory approval for the iFS® Laser and IntraLase Fusion Laser . . . ."); *id.* ¶462 ("AMO Development owns the Asserted Copyright in the IntraLase FS Laser operator's manual."); 

2. Abbott Medical Optics, Inc. acquired OptiMedica Corp. in 2013.   A2, OptiMedica Acquisition Press Release.

3. 

---

[1] "J&J" collectively refers to AMO Development, LLC, AMO Manufacturing USA, LLC, AMO Sales and Services, Inc., and Johnson & Johnson Surgical Vision, Inc.  "AMO Development" refers to AMO Development, LLC.  "AMO Manufacturing" refers to AMO Manufacturing USA, LLC.  "AMO Sales and Service" refers to AMO Sales and Service, Inc.  "JJSV" refers to Johnson & Johnson Surgical Vision, Inc.

[2] "Asserted Copyrights" or "J&J Asserted Works" refers to the copyrighted works that J&J alleges are infringed.  D.I. 141 ¶¶2, 33–55, 446, 451, 457, 462; *infra* ¶1.

2

████████████████   ████████████████████████████████

███████████████████████████████████████████████

██████████████████████████████

4. ███████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████

5. ███████████████████████████████████████████

████████████████████████████████████████

███████   ████████████████████████████████████

████

6. █████████████████████████████████████████

██████████████████████████████████

Respectfully Submitted,

/s/ Andrew E. Russell
John W. Shaw (No. 3362)

| | |
|---|---|
| OF COUNSEL: | Karen E. Keller (No. 4489) |
| Jeanne M. Heffernan | Andrew E. Russell (No. 5382) |
| KIRKLAND & ELLIS LLP | Nathan R. Hoeschen (No. 6232) |
| 401 Congress Avenue | SHAW KELLER LLP |
| Austin, TX 78701 | I.M. Pei Building |
| (512) 678-9123 | 1105 North Market Street, 12th Floor |
| | Wilmington, DE 19801 |
| Gregg F. LoCascio | (302) 298-0700 |
| Sean M. McEldowney | jshaw@shawkeller.com |
| Noah S. Frank | kkeller@shawkeller.com |
| KIRKLAND & ELLIS LLP | arussell@shawkeller.com |
| 1301 Pennsylvania Avenue, NW | nhoeschen@shawkeller.com |
| Washington, DC 20004 | *Attorneys for Alcon Inc., Alcon Vision,* |
| (202) 389-5000 | *LLC, Alcon Laboratories, Inc. and* |
| | *Alcon Research, LLC* |

Joshua L. Simmons
KIRKLAND & ELLIS LLP
601 Lexington Ave
New York, NY 10022
(212) 390-4573

Kristen P.L. Reichenbach
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
(415) 439-1400

Caroline Lourgos
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

Dated: August 19, 2022

3

## CERTIFICATE OF COMPLIANCE

The undersigned counsel hereby certifies that Alcon's Concise Statement of Undisputed Facts in Support of its Motion for Summary Judgment (No. 2) contains 370 words excluding the cover page, tables and signature blocks, as counted by Microsoft Word, in 14-point Times New Roman font.

/s/ Andrew E. Russell
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
arussell@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Alcon Inc., Alcon Vision, LLC, Alcon Laboratories, Inc. and Alcon Research, LLC*

## **CERTIFICATE OF SERVICE**

I, Andrew E. Russell, hereby certify that on August 19, 2022, this document was served on the persons listed below in the manner indicated:

**BY EMAIL**

Jack B. Blumenfeld
Brian P. Egan
MORRIS, NICHOLS, ARSHT
 & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
began@mnat.com

Roger J. Chin
Allison Harms
Joseph R. Wetzel
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 491-0600
roger.chin@lw.com
allison.harms@lw.com
joe.wetzel@lw.com

P. Anthony Sammi
Rachel Renee Blitzer
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
tony.sammi@lw.com

Michael A. Morin
Matthew J. Moore
Rachel Weiner Cohen
Sarang V. Damle
Holly K. Victorson
Carolyn M. Homer
Susan Y. Tull
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
(202) 637-2200
michael.morin@lw.com
matthew.moore@lw.com
rachel.cohen@lw.com
sy.damle@lw.com
holly.victorson@lw.com
carolyn.homer@lw.com
susan.tull@lw.com

S.Giri Pathmanaban
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 328-4600
giri.pathmanaban@lw.com

Aaron Macris
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
(617) 948-6000
aaron.marcris@lw.com

*/s/ Andrew E. Russell*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
arussell@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendants*