IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMO DEVELOPMENT, LLC, AMO MANUFACTURING USA, LLC, and AMO SALES AND SERVICE, INC., | ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | **REDACTED - PUBLIC VERSION** |
| v. | ) ) | C.A. No. 20-842-CFC-JLH |
| ALCON VISION, LLC, ALCON LABORATORIES, INC., and ALCON RESEARCH, LLC, | ) ) ) ) ) | ▇▇▇▇▇▇▇▇ |
| Defendants. | ) ) | |
| ALCON, INC., ALCON RESEARCH, LLC and ALCON VISION, LLC, | ) ) ) ) | |
| Counterclaim Plaintiffs, | ) ) ) | |
| v. | ) ) ) | |
| AMO DEVELOPMENT, LLC, AMO MANUFACTURING USA, LLC, AMO SALES AND SERVICE, INC. and JOHNSON & JOHNSON SURGICAL VISION, INC., | ) ) ) ) ) ) ) | |
| Counterclaim Defendants. | ) ) | |

**ALCON'S CONCISE STATEMENT OF FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT (NO. 3) THAT LACHES BARS <u>J&J'S CLAIM FOR DISGORGEMENT</u>**

OF COUNSEL:
Jeanne M. Heffernan
KIRKLAND & ELLIS LLP
401 Congress Avenue
Austin, TX 78701
(512) 678-9123

Gregg F. LoCascio
Sean M. McEldowney
Noah S. Frank
Kelly Tripathi
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 389-5000

Joshua L. Simmons
KIRKLAND & ELLIS LLP
601 Lexington Ave
New York, NY 10022
(212) 390-4573

Caroline Lourgos
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

Kristen P.L. Reichenbach
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
(415) 439-1400

Dated: August 19, 2022

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
arussell@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Alcon Inc.,*
*Alcon Vision, LLC,*
*Alcon Laboratories, Inc. and*
*Alcon Research, LLC*

1. Plaintiffs AMO Development, LLC, AMO Manufacturing USA, LLC, and AMO Sales and Service, Inc. (collectively, "J&J") seek to disgorge ▮▮▮▮ in revenue from defendants Alcon Vision, LLC, Alcon Laboratories, Inc., and Alcon Research, LLC (collectively, "Alcon"). A1900, Stamm Opening Rep. Table 1.

2. J&J filed a First Amended Complaint in this case on September 28, 2020, alleging copyright infringement based on the allegation that LenSx, a laser-assisted cataract surgery system marketed by defendants Alcon Vision, LLC, Alcon Laboratories, Inc., and Alcon Research, LLC (collectively, "Alcon"), was developed based on source code copied from J&J's iFS Laser system. D.I. 16 ¶¶2, 98–99; *see* D.I. 141 ¶¶2, 100–02.

3. J&J possessed the facts underlying the copyright infringement allegations in its First Amended Complaint in 2014. A268, Pls.' Resp. to RFA No. 15 ("J&J Vision admits that as of the end of 2014, AMO possessed the facts underlying J&J Vision's copyright allegations as presented in the First Amended Complaint, D.I. 16.").

4. J&J decided not to sue Alcon for copyright infringement as of 2015. A265, Pls.' Resp. to RFA No. 10 (J&J admitting that "as of 2015, following the 2014 LenSx Investigation," it "decided not to bring suit against Alcon for copying J&J Asserted Source Code Works.").

1

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | /s/ Andrew E. Russell |
| OF COUNSEL: | John W. Shaw (No. 3362) |
| Jeanne M. Heffernan | Karen E. Keller (No. 4489) |
| KIRKLAND & ELLIS LLP | Andrew E. Russell (No. 5382) |
| 401 Congress Avenue | Nathan R. Hoeschen (No. 6232) |
| Austin, TX 78701 | SHAW KELLER LLP |
| (512) 678-9123 | I.M. Pei Building |
|  | 1105 North Market Street, 12th Floor |
| Gregg F. LoCascio | Wilmington, DE 19801 |
| Sean M. McEldowney | (302) 298-0700 |
| Noah S. Frank | jshaw@shawkeller.com |
| Kelly Tripathi | kkeller@shawkeller.com |
| KIRKLAND & ELLIS LLP | arussell@shawkeller.com |
| 1301 Pennsylvania Avenue, NW | nhoeschen@shawkeller.com |
| Washington, DC 20004 | *Attorneys for Alcon Inc.,* |
| (202) 389-5000 | *Alcon Vision, LLC,* |
|  | *Alcon Laboratories, Inc. and* |
| Joshua L. Simmons | *Alcon Research, LLC* |
| KIRKLAND & ELLIS LLP |  |
| 601 Lexington Ave |  |
| New York, NY 10022 |  |
| (212) 390-4573 |  |
|  |  |
| Caroline Lourgos |  |
| KIRKLAND & ELLIS LLP |  |
| 300 North LaSalle |  |
| Chicago, IL 60654 |  |
| (312) 862-2000 |  |
|  |  |
| Kristen P.L. Reichenbach |  |
| KIRKLAND & ELLIS LLP |  |
| 555 California Street |  |
| San Francisco, CA 94104 |  |
| (415) 439-1400 |  |

Dated: August 19, 2022

## **WORD COUNT CERTIFICATION**

The undersigned counsel hereby certifies that Alcon's Concise Statement of Facts In Support of Its Motion For Summary Judgment (No. 3) that Laches Bars J&J's Claim for Disgorgement contains 209 words excluding the cover page, tables and signature blocks, as counted by Microsoft Word, in 14-point Times New Roman font.

/s/ *Andrew E. Russell*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
arussell@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Alcon Inc.,*
*Alcon Vision, LLC,*
*Alcon Laboratories, Inc. and*
*Alcon Research, LLC*

## **CERTIFICATE OF SERVICE**

I, Andrew E. Russell, hereby certify that on August 19, 2022, this document was served on the persons listed below in the manner indicated:

**BY EMAIL**

Jack B. Blumenfeld
Brian P. Egan
MORRIS, NICHOLS, ARSHT
 & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
began@mnat.com

Roger J. Chin
Allison Harms
Joseph R. Wetzel
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 491-0600
roger.chin@lw.com
allison.harms@lw.com
joe.wetzel@lw.com

P. Anthony Sammi
Rachel Renee Blitzer
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
tony.sammi@lw.com

Michael A. Morin
Matthew J. Moore
Rachel Weiner Cohen
Sarang V. Damle
Holly K. Victorson
Carolyn M. Homer
Susan Y. Tull
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
(202) 637-2200
michael.morin@lw.com
matthew.moore@lw.com
rachel.cohen@lw.com
sy.damle@lw.com
holly.victorson@lw.com
carolyn.homer@lw.com
susan.tull@lw.com

S.Giri Pathmanaban
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 328-4600
giri.pathmanaban@lw.com

Aaron Macris
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
(617) 948-6000
aaron.marcris@lw.com

        */s/ Andrew E. Russell*
        John W. Shaw (No. 3362)
        Karen E. Keller (No. 4489)
        Andrew E. Russell (No. 5382)
        Nathan R. Hoeschen (No. 6232)
        SHAW KELLER LLP
        I.M. Pei Building
        1105 North Market Street, 12th Floor
        Wilmington, DE 19801
        (302) 298-0700
        jshaw@shawkeller.com
        kkeller@shawkeller.com
        arussell@shawkeller.com
        nhoeschen@shawkeller.com
        *Attorneys for Defendants*