Originally Filed: August 19, 2022
Redacted Version Filed: September 2, 2022

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMO DEVELOPMENT, LLC,<br>AMO MANUFACTURING USA, LLC<br>and AMO SALES AND SERVICE,<br>INC.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ALCON VISION, LLC,<br>ALCON LABORATORIES, INC. and<br>ALCON RESEARCH, LLC,<br><br>　　　　Defendants.<br><br>ALCON INC., ALCON RESEARCH,<br>LLC, and ALCON VISION, LLC,<br><br>　　　　Counterclaim Plaintiffs,<br><br>　　v.<br><br>AMO DEVELOPMENT, LLC,<br>AMO MANUFACTURING USA,<br>LLC, AMO SALES AND SERVICE,<br>INC. and JOHNSON & JOHNSON<br>SURGICAL VISION, INC.,<br><br>　　　　Counterclaim Defendants. | REDACTED - PUBLIC VERSION<br><br>C.A. No. 20-842 (CFC) (JLH)<br><br>██████████████<br>██████████████ |

**CONCISE STATEMENT OF FACTS IN SUPPORT OF PLAINTIFFS'
MOTION FOR SUMMARY JUDGMENT**

## TABLE OF EXHIBITS

| Exhibit | Description of Document |
|---|---|
| 1 | Collection of Employment and Consulting Agreements |
| 2 | Transcript of February 25, 2022 Deposition of Biren Mehta |
| 3 | Transcript of November 16, 2021 Deposition of Peter Goldstein |
| 4 | Transcript of January 10, 2022 Deposition of Kostadin Vardin |
| 5 | Transcript of February 23, 2022 Deposition of Imre Hegedus |
| 6 | Opening Expert Report of Douglas C. Schmidt, PhD. |
| 7 | Certification of Incorporation of Abbott Medical Optics, Inc. |
| 8 | IntraLase Meeting Minutes Dated September 16, 2022 |
| 9 | Draft Software Requirements Specification for IntraLase FS2 Laser |
| 10 | Opening Expert Report of Stephen B. Wicker, PhD. |
| 11 | Opening Expert Report of Karen M. Becker, PhD. |
| 12 | 510(k) Premarket Notification for IntraLase Fusion Laser |
| 13 | Transcript of March 2, 2022 Deposition of Lynda Jeffcoat |
| 14 | Transcript of January 28, 2022 Deposition of Carlos Suarez |
| 15 | Transcript of February 16, 2022 Deposition of John Suzuki |
| 16 | IntraLase FS Laser Operator's Manual |
| 17 | Certificate of Registration for "IntraLase FS Laser Operator's Manual" |

| 18 | Merger Agreement for Advanced Medical Optics, Inc. and IntraLase Corp. |
|---|---|
| 19 | Certificate of Conversion of IntraLase Corp. to AMO Development, LLC |
| 20 | Alcon's Fourth Supplemental Response to J&J's Interrogatory No. 5 |
| 21 | Stock Purchase Agreement between Abbott Laboratories and Johnson & Johnson |
| 22 | 510(k) Premarket Notification for the iFS Laser System |
| 23 | Certificate of Registration for "iFS Laser System 510(k) Premarket Notification (K073404)" |
| 24 | Certificate of Registration for "iFS Laser System 510(k) Premarket Notification (K063682)" |
| 25 | Collection of Certificates of Registration for "IntraLase FS Model 2/Model 3 Software" |
| 26 | Assignment of Copyright from Johnson & Johnson Surgical Vision, Inc. to AMO Development, LLC |
| 27 | AMO Meeting Minutes Dated July 20, 2009 |
| 28 | Software Release Audit for the iFS Laser System |
| 29 | Offer of Employment from Advanced Medical Optics Development, LLC to Brent Schellhase |
| 30 | Certificate of Merger of Advanced Medical Optics and Abbott Laboratories |

# CONCISE STATEMENT OF FACTS

## I. PARTIES

1. AMO Development, LLC ("AMO Development"), a subsidiary of Johnson & Johnson Surgical Vision, Inc. ("JJSV"), is among the Plaintiffs (collectively, "J&J").

2. AMO Development was formerly IntraLase Corp. ("IntraLase"), until 2007 when it was acquired by Advanced Medical Optics, Inc. ("AMO"). Ex. 18 at JJSV_00020894; Ex. 19 at JJSV_00022742.

3. AMO became Abbott Medical Optics, Inc. in 2009 and then JJSV in 2018. Ex. 30 at JJSV_00022721; Ex. 7 at JJSV_00017395; Ex. 21 at JJSV_00017400.

## II. THE COPIED IFS SOURCE CODE

### A. Versions and Copyright Registrations

4. IntraLase developed the FS Model 2 and Model 3 devices and the iFS Advanced Femtosecond Laser device (collectively, "iFS"), which are femtosecond laser systems used for LASIK eye surgery. Ex. 22 at 5; Ex. 12 at 4.

5. In 2020, AMO Development registered copyrights in the computer programs that operate the iFS systems, including those listed below. Ex. 25 at JJSV_00021188-1223.

| iFS Software Version | Copyright Reg. No. |
|---|---|
| 1.00 | TX 8-892-568 |
| 1.01 | TX 8-892-570 |
| 1.02 | TX 8-892-579 |
| 1.03 | TX 8-892-616 |
| 1.04 | TX 8-892-571 |
| 1.05 | TX 8-892-576 |
| 1.06 | TX 8-892-583 |
| 1.07 | TX 8-892-582 |
| 1.08 | TX 8-892-586 |
| 1.10 | TX 8-892-565 |
| 1.12 | TX 8-892-585 |
| 2.02 | TX 8-892-564 |

6. ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ Ex. 6 ¶¶ 96-97 ▬▬▬▬▬▬▬▬▬▬▬▬



▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬. Version 2.02 was released in January 2009.

Ex. 25 at JJSV_00021210; Ex. 28 at JJSV_00558716.

**B. Authors of the Copied iFS Source Code**

7. ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬



▬▬▬▬▬▬ D.I. 45 ¶ 7.

8. ███████████████████████████████████████

███████████████████████████████████████████

███████       ████     ████       ██████

9. ██████████████████████████████████

███████████████████████████████████████████

██████████████████████████ D.I. 45 ¶ 7; Ex. 5 at 109:22-110:1, 111:2-10; *see also* Ex. 2 at 67:9–24, 78:3–13; Ex. 4 at 50:7-12.

10. ████████████████████████████████████

███████████████████████████████████████████

██████████████████████████ Ex. 6 ¶ 103.

11. ███████████████████████████████████

███████████████████████████████████████ Ex. 2 at 103:17-104:3; Ex. 4 at 50:2-6.

12. No Alcon expert has identified any contributor to the Copied iFS Source Code other than ██████████.

### C. The iFS Source Code Authors Were Employees or Independent Contractors

13. ████████████████████████████████████████

██████████ Ex. 1 at 1. ████████████████████████ Ex. 1 at 180.

3

14. ██████████████████████████████████████████████

██████████████ Ex. 1 at 29-30. ███████████████████████████

████████████████████████████████████████████████ Ex. 1 at 181-85,

41-52. ████████████████████████████████████████████████████

██████ Ex. 1 at 186-204. ████████████████████████████████

████████████████ Ex. 5 at 24:2-21.

15. ████████████████████████████████████████████

████████████████████ Ex. 4 at 31:21-25; Ex. 1 at 205, 81.

16. ████████████████████████████████████████████

███ Ex. 2 at 18:14-19; D.I. 45 ¶ 5.

17. ████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████ Ex. 1 at 88-93; Ex. 27 at 1.

18. ████████████████████████████████████████████

████████████████████████████████████ Ex. 1 at 77-80 ███████

████████████████████████████████████████████; *id.* at 1-6 ███████

████████████████████████████████████████████; *id.* at 30 ███████

████████████████████████████████; Ex. 29 at BS_00000001 ███████

████████████████████████████████; D.I. 45 ¶ 5 █████████████████

████████████████.

4

### D. The iFS Source Code Authors Assigned Their Rights

19. ██████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

████████ Ex. 1 at 8-9.

20. ██████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████ Ex. 1 at 81-82.

21. ██████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████ Ex. 1 at 36-37.

22. ██████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

5

█████████████████████████████████████████████████████ Ex. 1 at 50-51 (2002); *id.* at 62 (2005); *id.* at 74-75 (2008).

23.   ███████████████████████████████████████████████████████████████

D.I. 45 ¶ 10 ████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████████████

████████████████████.

24.   ███████████████████████████████████████████████████████████████

███ Ex. 1 at 88 ████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████████████

████████████████████████████████████.

      **E.**    **The Copied iFS Source Code Was Written by the iFS Source Code Authors in the Course of Their Work for IntraLase or AMO Development**

25.   ███████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████████████

████████████████████████████████ D.I. 7; Ex. 6 ¶¶ 101-104; Macris Declaration

¶ 2. ████████████████████████████████████████ Ex. 20 at 2, 4-5; Ex. 10

¶ 272, 277 ██████████████████████████████████████████████████████████

████████████████████████████████████.

26. ███████████████████████████████████████████████████

███████████████████████████████████████████████████████

D.I. 45 ████████████████████████████████████████████████

██████████████████████; *see also* Ex. 5 at 24:14-21; Ex. 2 at 103:17-104:3; Ex. 3 at 24:21-25:8; Ex. 4 at 50:2-6; Ex. 5 at 19:18-23.

27. ███████████████████████████████████████████████████

*E.g.*, Ex. 8 at JJSV_00556260-61 ████████████████████████

██████████████████████████████████████████; Ex. 9 at 74

████████████████████████████████████████.

28. ███████████████████████████████████████████████████

███████████████████████████████████████████████████████

████████████████████████████ Ex. 1 at 8, 10, 15.

29. ███████████████████████████████████████████████████

███████████████████████████████████████████████████████

████████████████████████████████ Ex. 1 at 22, 27.

30. ███████████████████████████████████████████████████

████████████████████████████ Ex. 3 at 38:22-39:2.

31. ███████████████████████████████████████████████████

████████████████████████████████████████ Ex. 3 at 18:15-19.

7

32. ███████████████████████████████████████████

███████████████ Ex. 3 at 28:3-5.

33. ███████████████████████████████████████████

███████████████████████████████ Ex. 10 ¶ 279.

### III. COPIED FDA SUBMISSIONS AND OPERATOR'S MANUAL

34. IntraLase submitted 510(k) applications (numbered K063682 and K073404) to the FDA in connection with obtaining regulatory approval for the iFS systems, which included iFS technical documentation (the "Copied FDA Submissions").

35. AMO Development registered its copyrights in the Copied FDA Submissions, which have never been published. Ex. 23; Ex. 24.

36. ███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████ Ex. 12 at 5-9;

Ex. 22 at 6-10; *see also* Ex. 11 ¶¶ 73-74, 191 & n.226, Appx. C; Ex. 15 at 63:24-65:11; Ex. 13 at 27:7-30:4; Ex. 14 at 124:25-125:10.

37. ███████████████████████████████████████████

█████████████████████ Ex. 11 ¶ 74; Ex. 1 at 171-73; Ex. 13 at 9:10-13:1; Ex. 14 at 18:15-17.

8

38. ██████████████████████████████████████████████████████

████████████ Ex. 1 at 107, 110, 128-29, 141-42, 153-54; Ex. 15 at 93:9–94:5;

97:20–98:19, 99:6–22.

39. AMO Development registered its copyrights in the operator's manual

for iFS ("Copied Operator's Manual").  Ex. 17 at JJSV_01046915.

40. ██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

Ex. 16 at JJSV_01046864.

41. ██████████████████████████████████████████████████████

██████████████████████████████████ Ex. 20 at 42-53.

## IV. AMO DEVELOPMENT OWNS ALL COPYRIGHTS IN THE ASSERTED WORKS

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████ Ex. 26 at

JJSV_00020808-09.

9

|  |  |
|---|---|
| OF COUNSEL:<br><br>Michael A. Morin<br>Matthew J. Moore<br>Sarang V. Damle<br>Rachel Weiner Cohen<br>Susan Y. Tull<br>Carolyn M. Homer<br>Holly K. Victorson<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC  20004<br>(202) 637-2200<br><br>Roger J. Chin<br>Joseph R. Wetzel<br>Allison Harms<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA  94111<br>(415) 491-0600<br><br>S. Giri Pathmanaban<br>LATHAM & WATKINS LLP<br>140 Scott Drive<br>Menlo Park, CA  94025<br>(650) 328-4600<br><br>P. Anthony Sammi<br>Rachel Renee Blitzer<br>LATHAM & WATKINS LLP<br>1271 Avenue of the Americas<br>New York, NY  10020<br>(212) 906-1200 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Brian P. Egan*<br><br>_____<br>Jack B. Blumenfeld (#1014)<br>Brian P. Egan (#6227)<br>Anthony D. Raucci (#5948)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>began@morrisnichols.com<br>araucci@morrisnichols.com<br><br>*Attorneys for Plaintiffs and*<br>*Counterclaim-Defendants*<br>*AMO Development, LLC,*<br>*AMO Manufacturing USA, LLC,*<br>*AMO Sales and Service, Inc. and*<br>*Johnson & Johnson Surgical Vision, Inc.* |

Aaron Macris
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
(617) 948-6000

August 19, 2022

**CERTIFICATION**

This concise statement of facts complies with the type and word limitation in Paragraph 24(f) of the Scheduling Order (D.I. 61) because it is written in 14-point Times New Roman font and contains 1,737 words according to the word count feature of Microsoft Word and thus does not exceed the 1,736 word limit set forth in the Scheduling Order.

/s/ *Brian P. Egan*
_____
Brian P. Egan (#6227)

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 2, 2022, upon the following in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire<br>Karen E. Keller, Esquire<br>Andrew E. Russell, Esquire<br>David M. Fry, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Defendants*<br>*and Counterclaim-Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Jeannie Heffernan, Esquire<br>Joshua L. Simmons, Esquire<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY  10022<br>*Attorneys for Defendants*<br>*and Counterclaim-Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Caroline Lourgos, Esquire<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL  60654<br>*Attorneys for Defendants*<br>*and Counterclaim-Plaintiffs* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Kristen P.L. Reichenbach, Esquire<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, CA  94104<br>*Attorneys for Defendants*<br>*and Counterclaim-Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Noah S. Frank, Esquire<br>Gregg LoCascio, Esquire<br>Sean M. McEldowney, Esquire<br>Kelly Tripathi, Esquire<br>KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Avenue, NW<br>Washington, DC  20004<br>*Attorneys for Defendants*<br>*and Counterclaim-Plaintiffs* | *VIA ELECTRONIC MAIL* |

*/s/ Brian P. Egan*

_____

Brian P. Egan (#6227)