IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMO DEVELOPMENT, LLC,<br>AMO MANUFACTURING USA, LLC<br>and AMO SALES AND SERVICE,<br>INC.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ALCON VISION, LLC,<br>ALCON LABORATORIES, INC. and<br>ALCON RESEARCH, LLC,<br><br>　　　　Defendants. | C.A. No. 20-842 (CFC) (JLH)<br><br>**REDATED - PUBLIC VERSION** |
| ALCON INC., ALCON RESEARCH,<br>LLC, and ALCON VISION, LLC,<br><br>　　　　Counterclaim Plaintiffs,<br><br>　　v.<br><br>AMO DEVELOPMENT, LLC,<br>AMO MANUFACTURING USA, LLC<br>AMO SALES AND SERVICE, INC.,<br>and JOHNSON & JOHNSON<br>SURGICAL VISION, INC.,<br><br>　　　　Counterclaim Defendants. | |

**PLAINTIFFS' RESPONSE TO ALCON'S CONCISE STATEMENT OF
FACTS IN SUPPORT OF ALCON'S MOTION FOR SUMMARY
JUDGMENT (NO. 2) THAT ONLY AMO DEVELOPMENT, LLC IS
<u>ENTITLED TO ACTUAL DAMAGES</u>**

**Original Filing Date: September 23, 2022**
**Redacted Filing Date: October 6, 2022**

## TABLE OF EXHIBITS

| Exhibit | Description of Document |
|---|---|
| 2 | Schmidt Opening Expert Report |
| 19 | March 7, 2022 J&J Corrected Objections and Responses to Alcon's Sixth Set of Interrogatories [No. 32] |
| 20 | February 22, 2022 Plaintiffs' Response to 5th Set of Interrogatories [No. 26] |
| 21 | AMO Employment Agreement with Rick Duff |
| 22 | AMO Employment offer Letter to Brent Schellhase |
| 23 | March 4, 2022 Plaintiffs' 2nd Suppl. Responses to 5th Set of Interrogatories [No. 27] |
| 24 | Manufacturing, Supply and License Agreement, effective January 1, 2015 |
| 25 | Distribution and License Agreement, effective January 1, 2008 |
| 26 | Amended and Restated Agreement for Sharing Intangible Development Costs dated November 8, 2017 |
| 27 | Transfer and Assignment of Copyright, effective April 2, 2007 |
| 28 | Certificates of Copyright Registration |
| 29 | March 4, 2022 Plaintiffs' 4th Suppl. Responses to Interrogatory No. 11 |
| 30 | Stamm Opening Expert Report |

# CONCISE STATEMENT OF FACTS

I.      **RESPONSE TO ALCON'S CONCISE STATEMENT OF FACTS**

1.      J&J asserts that "AMO Development owns the Asserted Copyrights (and all rights thereunder, including the right to file suit)."[2] D.I. 141 ¶55; *see also id.* ¶¶446, 451 ("AMO Development owns the Asserted Copyrights in the iFS® Laser computer programs . . . ."); *id.* ¶457 ("AMO Development owns the Asserted Copyrights in the confidential submissions made to the FDA to seek regulatory approval for the iFS® Laser and IntraLase Fusion Laser . . . ."); *id.* ¶462 ("AMO Development owns the Asserted Copyright in the IntraLase FS Laser operator's manual."); ███

███

**Response: Undisputed.**

2.      Abbott Medical Optics, Inc. acquired OptiMedica Corp. in 2013. ███

███ A2, OptiMedica Acquisition Press Release.

**Response: Undisputed.**

3.      ███

███

███

1

███████████████████████████████████████████████

████████████████████████████

   **Response: Undisputed.**

4. ████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

██████████████

   **Response: Undisputed.**

5. ████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

██████

   **Response:  Disputed.**  ███████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

2

6. ███████████████████████████████████████

███████████████████████████████████████

**Response: Undisputed.**

## II.    ADDITIONAL MATERIAL FACTS

7.    AMO Development is a legal owner of the copyrighted works, as identified in the September 2, 2020 registrations. Ex. 28 at JJSV_00021188-1223.

8.    JJSV was likewise a legal owner in certain of the copyrighted works, by virtue of work for hire and/or assignment. ███████████████████████████████████████

9.    Prior to this litigation, JJSV assigned its legal rights in the asserted copyrights to AMO Development in a transfer and assignment agreement, ██

3



10. JJSV is also a beneficial owner of the asserted copyrights due to JJSV's and its subsidiaries' economic interest in the exploitation of exclusive rights in the iFS software. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

11. JJSV and its subsidiaries AMO Manufacturing, AMO Sales and Service, and AMO Ireland share management, sales, and marketing functions. Ex. 19 at 17; Ex. 23 at 4-5.

12. As copyright owner, JJSV was and is injured by Alcon's infringement. JJSV sells the Catalys laser system, which competes with LenSx. Ex. 19 at 17-19.

13. As copyright owner, JJSV was and is also injured due to injuries to its subsidiaries, AMO Manufacturing, AMO Sales and Service, AMO Ireland. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

5

██████████████████████████████████████████████
████████████████████████████████

14.     AMO Development licensed relevant intellectual property to AMO Manufacturing, AMO Sales and Service, and AMO Ireland, so they could manufacture, sell, and service the iFS and Catalys systems. ████████████

██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
████████████████████████████████████████

|  |  |
|---|---|
| OF COUNSEL:<br><br>Michael A. Morin<br>Matthew J. Moore<br>Sarang V. Damle<br>Rachel Weiner Cohen<br>Susan Y. Tull<br>Carolyn M. Homer<br>Holly K. Victorson<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004<br>(202) 637-2200<br><br>Roger J. Chin<br>Joseph R. Wetzel<br>Allison Harms<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>(415) 491-0600<br><br>S. Giri Pathmanaban<br>LATHAM & WATKINS LLP<br>140 Scott Drive<br>Menlo Park, CA 94025<br>(650) 328-4600<br><br>P. Anthony Sammi<br>Rachel Renee Blitzer<br>LATHAM & WATKINS LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br>(212) 906-1200 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Anthony D. Raucci*<br><br>_____<br>Jack B. Blumenfeld (#1014)<br>Brian P. Egan (#6227)<br>Anthony D. Raucci (#5948)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>began@morrisnichols.com<br>araucci@morrisnichols.com<br><br>*Attorneys for Plaintiffs and*<br>*Counterclaim Defendants*<br>*AMO Development, LLC,*<br>*AMO Manufacturing USA, LLC,*<br>*AMO Sales and Service, Inc. and*<br>*Johnson & Johnson Surgical Vision, Inc.* |

Aaron Macris
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
(617) 948-6000

September 23, 2022

## **CERTIFICATION**

This brief complies with the type and word limitation in Paragraph 24(c) of the Scheduling Order (D.I. 61) because it is written in 14-point Times New Roman font and contains 923 words according to the word count feature of Microsoft Word, and collectively with the opposition briefing on the summary judgment motion and other *Daubert* motions filed herewith, does not exceed the 12,500 word limit set forth in the Scheduling Order.

*/s/ Anthony D. Raucci*
_____
Anthony D. Raucci (#5948)

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 23, 2022, upon the following in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire<br>Karen E. Keller, Esquire<br>Andrew E. Russell, Esquire<br>David M. Fry, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Defendants*<br>*and Counterclaim-Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Joshua L. Simmons, Esquire<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY  10022<br>*Attorneys for Defendants*<br>*and Counterclaim-Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Jeanne M. Heffernan, Esquire<br>James John Lomeo, Esquire<br>KIRKLAND & ELLIS LLP<br>401 Congress Avenue, Suite 2500<br>Austin, TX  78701<br>*Attorneys for Defendants*<br>*and Counterclaim-Plaintiffs* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Caroline Lourgos, Esquire<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL  60654<br>*Attorneys for Defendants*<br>*and Counterclaim-Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Kristen P.L. Reichenbach, Esquire<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, CA  94104<br>*Attorneys for Defendants*<br>*and Counterclaim-Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Noah S. Frank, Esquire<br>Gregg LoCascio, Esquire<br>Sean M. McEldowney, Esquire<br>Kelly Tripathi, Esquire<br>Elizabeth Hedges, Esquire<br>Mary E. Miller, Esquire<br>KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Avenue, NW<br>Washington, DC  20004<br>*Attorneys for Defendants*<br>*and Counterclaim-Plaintiffs* | *VIA ELECTRONIC MAIL* |

/s/ *Anthony D. Raucci*
_____
Anthony D. Raucci (#5948)