# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
———
(302) 658-9200
(302) 658-3989 FAX

**Jack B. Blumenfeld**
(302) 351-9291
(302) 425-3012 FAX
jblumenfeld@morrisnichols.com

October 21, 2022

The Honorable Colm F. Connolly                    *VIA ELECTRONIC FILING*
J. Caleb Boggs Federal Building
844 North King Street
Unit 31, Room 4124
Wilmington, DE  19801-3555

    Re:    *AMO Development, LLC, et al. v. Alcon Inc. et al.*
            C.A. No. 20-842 (CFC)

Dear Chief Judge Connolly:

    I write on behalf of Plaintiffs ("J&J").  J&J has filed one motion for summary judgment.  Defendants ("Alcon") have filed three summary judgment motions.  Last Friday, together with its three reply briefs, Alcon filed three responses to Plaintiffs' Concise Statements of Facts that J&J had filed with its answering briefs (D.I. 457, 459, 462).  Because the Scheduling Order only provides for Concise Statements of Fact with opening and answering briefs, J&J did not file a Concise Statement with its reply brief.  If the Court would like us to file a Concise Statement in reply, we are prepared to do so promptly.

    In addition, pursuant to D. Del. LR 7.1.4, J&J seeks oral argument on the pending summary judgment and Daubert motions.

                                        Respectfully,

                                        */s/ Jack B. Blumenfeld*

                                        Jack B. Blumenfeld (#1014)

JBB/lkm
cc:    All Counsel of Record (via electronic mail)