IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMO DEVELOPMENT, LLC, AMO MANUFACTURING USA, LLC and AMO SALES AND SERVICE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ALCON VISION, LLC, ALCON LABORATORIES, INC. and ALCON RESEARCH, LLC <br><br> Defendants. | Civil Action No. 20-842-CFC |

## ORDER

At Wilmington on this Sixth day of December in 2022:

For the reasons set forth in the Memorandum Opinion issued this day, **IT IS HEREBY ORDERED** that Alcon's Motion for Summary Judgment (No. 1) That the Copyright Act Bars Monetary Relief for Infringing Acts Occurring More Than Three Years Before J&J Filed Suit (D.I. 355) is **GRANTED IN PART AND DENIED IN PART**. The motion is **GRANTED** insofar as it seeks a declaration that J&J is barred from recovering monetary relief for infringement of its iFS computer programs that occurred before September 28, 2017. The motion is

**DENIED** insofar as it seeks to limit J&J's recovery for infringement of the copyrighted FDA submissions, internal technical documentation, and iFS® Laser operator's manual.

**IT IS FURTHER ORDERED** that J&J is barred from recovering monetary relief for any infringement of its iFS computer programs that occurred before September 28, 2017.

_____
CHIEF JUDGE