## Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
———
(302) 658-9200
(302) 658-3989 FAX

**Jack B. Blumenfeld**
(302) 351-9291
(302) 425-3012 FAX
jblumenfeld@morrisnichols.com

January 19, 2023

The Honorable Colm F. Connolly                  *VIA ELECTRONIC FILING*
J. Caleb Boggs Federal Building
844 North King Street
Unit 31, Room 4124
Wilmington, DE 19801-3555

      Re:    *AMO Development, LLC, et al. v. Alcon Vision, LLC, et al.*,
             C.A. No. 20-842 (CFC)

Dear Chief Judge Connolly:

      I write on behalf of Plaintiffs with respect to the Court's determination at yesterday's Pretrial Conference relating to whether Johnson & Johnson Surgical Vision, Inc. ("JJSV") may be considered a beneficial owner of the copyrighted works at issue. While Plaintiffs respectfully disagree with the Court's ruling, and reserve the right to appeal, we write to inform the Court that the ruling moots only a portion of Plaintiffs' Motion to Realign (D.I. 500), as it relates to Plaintiffs' request to realign JJSV. The remainder of that motion addresses whether the Court should realign counterclaim-plaintiff, Alcon Inc., as a defendant. That issue was not addressed during the conference, and Plaintiffs respectfully request the opportunity to address that part of the Motion to Realign during the forthcoming argument on February 6, 2023, to the extent that the motion remains outstanding at that time.

                                                     Respectfully,

                                                     */s/ Jack B. Blumenfeld*

                                                     Jack B. Blumenfeld (#1014)

cc:    All Counsel of Record (via electronic mail)