# EXHIBIT 16

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMO DEVELOPMENT, LLC, AMO MANUFACTURING USA, LLC and AMO SALES AND SERVICE, INC., | |
| Plaintiffs,<br>v. | C.A. No. 20-842-CFC |
| ALCON VISION, LLC, ALCON LABORATORIES, INC. and ALCON RESEARCH, LLC, | **JURY TRIAL DEMANDED** |
| Defendants. | |
| ALCON INC., ALCON RESEARCH, LLC, and ALCON VISION, LLC, | |
| Plaintiffs, | |
| v. | |
| AMO DEVELOPMENT, LLC, AMO MANUFACTURING USA, LLC, AMO SALES AND SERVICE, INC., and JOHNSON & JOHNSON SURGICAL VISION, INC., | |
| Defendants. | |

## ALCON'S FOURTH SET OF INTERROGATORIES (NO. 23)

Pursuant to Federal Rules of Civil Procedure Rules 26 and 33 and the Local Rules of this Judicial District, Defendants Alcon Vision LLC, Alcon Laboratories, Inc., and Alcon Research, LLC, and Counterclaim-Plaintiffs Alcon Inc., Alcon Vision, LLC, and Alcon Research, LLC (collectively, "Alcon") hereby request that Plaintiffs and Counterclaim-Defendants AMO Development, LLC, AMO

Manufacturing USA, LLC, AMO Sales And Service, Inc., and Johnson & Johnson Surgical Vision, Inc. (collectively, "J&J" or "Plaintiffs") answer the following interrogatories within thirty (30) days of service. These interrogatory requests are deemed to be continuing and impose upon Plaintiffs the obligations stated in Federal Rule 26.

## DEFINITIONS

Except as expressly provided below, Alcon incorporates by reference the Definitions and Instructions set forth in Alcon's First Set of Interrogatories, Alcon's Second Set of Interrogatories, and Alcon's Third Set of Interrogatories.

## INTERROGATORIES

### INTERROGATORY NO. 23:

Identify the complete factual and legal bases for any equitable relief that J&J seeks for Alcon's alleged copyright infringement, including without limitation any claim that J&J is entitled to disgorgement of Alcon's profits as well as why any such Alcon profits are attributable to the alleged infringement and not due to factors other than the asserted copyrights, and the time period for which J&J contends it is entitled to disgorgement of Alcon's profits.

Dated: January 14, 2022

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com

/s/ Noah S. Frank
Noah S. Frank

OF COUNSEL:
Jeanne M. Heffernan
KIRKLAND & ELLIS LLP
401 Congress Avenue
Austin, TX 78701
(512) 678-9100

Gregg F. LoCascio
Sean M. McEldowney
Noah S. Frank
Hannah L. Bedard
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 389-5000

Caroline Lourgos
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

Kristen P.L. Reichenbach
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
(415) 439-1400

Joshua L. Simmons
Matthew A. Lembo
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800

*Attorneys for Alcon Inc., Alcon Vision, LLC, Alcon Laboratories, Inc. and Alcon Research, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I, Noah S. Frank, hereby certify that on January 14, 2022, this document was served on the persons listed below in the manner indicated:

**<u>BY EMAIL</u>**

Jack B. Blumenfeld
Brian P. Egan
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
began@mnat.com

Roger J. Chin
Allison Harms
Joseph R. Wetzel
Kristine W. Hanson
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 491-0600
roger.chin@lw.com
allison.harms@lw.com
joe.wetzel@lw.com
kris.hanson@lw.com

Michael A. Morin
Matthew J. Moore
Rachel Weiner Cohen
Krupa Parikh
Ashley Finger
Sarang V. Damle
Holly K. Victorson
Carolyn M. Homer
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
(202) 637-2200
michael.morin@lw.com
matthew.moore@lw.com
rachel.cohen@lw.com
krupa.parikh@lw.com
ashley.finger@lw.com
sy.damle@lw.com
holly.victorson@lw.com
carolyn.homer@lw.com

S. Giri Pathmanaban
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 328-4600
giri.pathmanaban@lw.com

*/s/ Noah S. Frank*
Noah S. Frank

# EXHIBIT 17

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

AMO DEVELOPMENT, LLC, AMO
MANUFACTURING USA, LLC and
AMO SALES AND SERVICE, INC.,

        Plaintiffs,

        v.

ALCON VISION, LLC,
ALCON LABORATORIES, INC. and
ALCON RESEARCH, LLC,

        Defendants.

C.A. No. 20-842-CFC

**JURY TRIAL DEMANDED**

---

ALCON INC., ALCON RESEARCH,
LLC, and ALCON VISION, LLC,

        Plaintiffs,

        v.

AMO DEVELOPMENT, LLC,
AMO MANUFACTURING USA, LLC,
AMO SALES AND SERVICE, INC.,
and JOHNSON & JOHNSON
SURGICAL VISION, INC.,

        Defendants.

## **ALCON'S FIFTH SET OF INTERROGATORIES (NOS. 24–27)**

Pursuant to Federal Rules of Civil Procedure Rules 26 and 33 and the Local Rules of this Judicial District, Defendants Alcon Vision LLC, Alcon Laboratories, Inc., and Alcon Research, LLC, and Counterclaim-Plaintiffs Alcon Inc., Alcon Vision, LLC, and Alcon Research, LLC (collectively, "Alcon") hereby request that Plaintiffs and Counterclaim-Defendants AMO Development, LLC, AMO

Manufacturing USA, LLC, AMO Sales And Service, Inc., and Johnson & Johnson Surgical Vision, Inc. (collectively, "J&J" or "Plaintiffs") answer the following interrogatories within thirty (30) days of service. These interrogatory requests are deemed to be continuing and impose upon Plaintiffs the obligations stated in Federal Rule 26.

## DEFINITIONS

Alcon incorporates by reference the Definitions and Instructions set forth in Alcon's First Set of Interrogatories, Alcon's Second Set of Interrogatories, Alcon's Third Set of Interrogatories, and Alcon's Fourth Set of Interrogatories.

## INTERROGATORIES

## INTERROGATORY NO. 24:

Separately, for each defense and defensive doctrine asserted against Plaintiffs' allegations of copyright infringement, as described in Alcon's Answer to the Amended Complaint, any amended Answer, and in Alcon's responses to J&J's Interrogatory Nos. 5 and 24, explain J&J's position in response, if any, including the complete factual and legal basis therefore, and identify all Documents and witnesses that support Your contentions.

## INTERROGATORY NO. 25:

Identify each act of copyright infringement that you allege Alcon is liable for, including whether Alcon is directly or indirectly liable for the allegedly infringing act; the amount of monetary relief you allege J&J is entitled to recover for each act,

including without limitation the amount of J&J's actual damages or disgorgement of Alcon's profits; and the time period for which J&J contends it is entitled to such monetary relief.

## INTERROGATORY NO. 26:

Identify each entity that derives revenue from CATALYS, including without limitation each entity that has received revenue from CATALYS sales and/or use and the amount of revenues and profits (gross and net) that each identified entity lost due to Alcon's alleged infringement of the J&J Asserted Works.

## INTERROGATORY NO. 27:

Identify each entity that has an ownership interest in the J&J Asserted Works and how each identified entity was and/or continues to be harmed by Alcon's alleged infringement of the J&J Asserted Works, including without limitation the complete factual and legal bases that the identified entities have lost sales or revenue due to Alcon's alleged infringement of the J&J Asserted Works.

Dated: January 20, 2022

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com

*/s/ Noah S. Frank*

Noah S. Frank

OF COUNSEL:
Jeanne M. Heffernan
KIRKLAND & ELLIS LLP
401 Congress Avenue
Austin, TX 78701
(512) 678-9100

Gregg F. LoCascio
Sean M. McEldowney
Noah S. Frank
Hannah L. Bedard
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 389-5000

Caroline Lourgos
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

Kristen P.L. Reichenbach
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
(415) 439-1400

Joshua L. Simmons
Matthew A. Lembo
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800

*Attorneys for Alcon Inc., Alcon Vision, LLC,
Alcon Laboratories, Inc. and Alcon
Research, LLC*

4

## <u>CERTIFICATE OF SERVICE</u>

I, Noah S. Frank, hereby certify that on January 20, 2022, this document was

served on the persons listed below in the manner indicated:

**<u>BY EMAIL</u>**

Jack B. Blumenfeld
Brian P. Egan
MORRIS, NICHOLS, ARSHT & TUNNELL
LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
began@mnat.com

Roger J. Chin
Allison Harms
Joseph R. Wetzel
Kristine W. Hanson
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 491-0600
roger.chin@lw.com
allison.harms@lw.com
joe.wetzel@lw.com
kris.hanson@lw.com

Michael A. Morin
Matthew J. Moore
Rachel Weiner Cohen
Krupa Parikh
Ashley Finger
Sarang V. Damle
Holly K. Victorson
Carolyn M. Homer
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
(202) 637-2200
michael.morin@lw.com
matthew.moore@lw.com
rachel.cohen@lw.com
krupa.parikh@lw.com
ashley.finger@lw.com
sy.damle@lw.com
holly.victorson@lw.com
carolyn.homer@lw.com

S. Giri Pathmanaban
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 328-4600
giri.pathmanaban@lw.com


*/s/ Noah S. Frank*
Noah S. Frank

# EXHIBIT 18

REDACTED

IN ITS

ENTIRETY

# EXHIBIT 19

REDACTED
IN ITS
ENTIRETY

# EXHIBIT 20

REDACTED
IN ITS
ENTIRETY

# EXHIBIT 21

REDACTED
IN ITS
ENTIRETY

# EXHIBIT 22

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

AMO DEVELOPMENT, LLC,
AMO MANUFACTURING USA, LLC
and AMO SALES AND SERVICE, INC.,

          Plaintiffs,

    v.                             C.A. No. 20-842 (CFC)

ALCON VISION, LLC,
ALCON LABORATORIES, INC. and
ALCON RESEARCH, LLC,

          Defendants.

---

ALCON INC.,
ALCON RESEARCH, LLC, and
ALCON VISION, LLC,

          Defendants and
          Counter-Plaintiffs,

    v.

AMO DEVELOPMENT, LLC,
AMO MANUFACTURING USA, LLC,
AMO SALES AND SERVICE, INC.,
and JOHNSON & JOHNSON
SURGICAL VISION, INC.

          Plaintiffs and Counter-
          Defendants.



Andy Pang
3/3/22
**Exhibit 2**
Deanna Dean, RDR, CRR

**J&J VISION'S RESPONSES AND OBJECTIONS TO ALCON'S NOTICE
OF DEPOSITION, PURSUANT TO FED. R. CIV. P. 30(B)(6)**

calculated to lead to the discovery of admissible evidence nor proportional to the needs of this case.  J&J Vision objects to this topic on the grounds that it calls for information not within the possession, custody, or control of J&J Vision.  J&J Vision further objects to this topic to the extent it calls for legal conclusions and/or expert testimony, and is therefore inappropriate subject matter for a Rule 30(b)(6) deposition of J&J Vision corporate representatives, including insofar as it concerns portions of the J&J Asserted Works that "are not subject to copyright protection under the merger, *scènes à faire*, or other limiting doctrine."  J&J Vision further objects to this topic as improperly seeking J&J Vision's contentions.

Subject to and without waiving the foregoing general and specific objections, J&J Vision is willing to meet and confer regarding this topic.

**TOPIC NO. 7:**

The ownership of the J&J Asserted Works, including but not limited to the Persons who created the J&J Asserted Works, any agreements concerning the J&J Asserted Works, and any other grounds on which J&J claims ownership of the J&J Asserted Works.

**RESPONSE TO TOPIC NO. 7:**

J&J Vision incorporates by reference each of its General Objections and each of its Objections to Definitions.  J&J Vision objects to this topic on the grounds that it seeks information that is cumulative and duplicative of other forms of discovery

that are more convenient, less burdensome, or less expensive.  J&J Vision objects to this topic on the grounds that it calls for information not within the possession, custody, or control of J&J Vision.  J&J Vision further objects to this topic as overly broad and unduly burdensome because it fails to define the topic with reasonable particularity as required by Rule 30(b)(6), thereby depriving J&J Vision of a reasonable opportunity to prepare a witness or witnesses to testify, including because the topic broadly concerns "any agreements concerning the J&J Asserted Works." J&J Vision further objects to this topic to the extent it calls for legal conclusions and/or expert testimony, and is therefore inappropriate subject matter for a Rule 30(b)(6) deposition of J&J Vision corporate representatives.  J&J Vision further objects to this topic as improperly seeking J&J Vision's contentions, including insofar as it concerns "any other grounds on which J&J claims ownership of the J&J Asserted Works."

Subject to and without waiving the foregoing general and specific objections, J&J Vision will designate one or more witnesses to testify about the non-objectionable scope of this Topic and responsive non-privileged information known to J&J Vision about the facts underlying ownership of the J&J Asserted Works, located upon a reasonable search.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:

Michael A. Morin
Matthew J. Moore
Sarang V. Damle
Rachel Weiner Cohen
Susan Y. Tull
Carolyn M. Homer
Holly K. Victorson
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
(202) 637-2200

Roger J. Chin
Joseph R. Wetzel
Kristine W. Hanson
Allison Harms
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 491-0600

S. Giri Pathmanaban
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
(650) 328-4600

January 27, 2022

*/s/ Brian P. Egan*
Jack B. Blumenfeld (#1014)
Brian P. Egan (#6227)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
began@morrisnichols.com
araucci@morrisnichols.com

*Attorneys for Plaintiffs and*
*Counterclaim Defendants*
*AMO Development, LLC,*
*AMO Manufacturing USA, LLC,*
*AMO Sales and Service, Inc., and*
*Johnson & Johnson Surgical Vision, Inc.*

# EXHIBIT 23

REDACTED
IN ITS
ENTIRETY

# EXHIBIT 24

REDACTED

IN ITS

ENTIRETY

# EXHIBIT 25

REDACTED
IN ITS
ENTIRETY

# EXHIBIT 26

REDACTED
IN ITS
ENTIRETY