IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMO DEVELOPMENT, LLC, AMO MANUFACTURING USA, LLC and AMO SALES AND SERVICE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ALCON VISION, LLC, ALCON LABORATORIES, INC. and ALCON RESEARCH, LLC <br><br> Defendants. | Civil Action No. 20-842-CFC |

## ORDER

At Wilmington on this Twenty-third day of January in 2023:

For the reasons set forth in the Memorandum Opinion issued this day, it is **HEREBY ORDERED** that Alcon's Motion for Summary Judgment (No. 2) That Only AMO Development, LLC Is Entitled to Actual Damages (D.I. 360) is **GRANTED.**

It is **FURTHER ORDERED** that:

1. AMO Development, LLC is not entitled to lost profits prior to December 30, 2019, or for any sales of intraocular lenses; and

2

2. Johnson & Johnson Surgical Vision, Inc., AMO Manufacturing USA, LLC, AMO Sales and Service, Inc., and AMO Ireland are not entitled to claim lost profits.

_____
CHIEF JUDGE