IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMO DEVELOPMENT, LLC, AMO MANUFACTURING USA, LLC, and AMO SALES AND SERVICE, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 20-842-CFC-JLH |
| ALCON VISION, LLC, ALCON LABORATORIES, INC., and ALCON RESEARCH, LLC, | ) ) ) ) ) | |
| Defendants. | ) | |
| ALCON, INC., ALCON RESEARCH, LLC and ALCON VISION, LLC, | ) ) ) | |
| Counterclaim Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| AMO DEVELOPMENT, LLC, AMO MANUFACTURING USA, LLC, AMO SALES AND SERVICE, INC., and JOHNSON & JOHNSON SURGICAL VISION, INC., | ) ) ) ) ) ) | |
| Counterclaim Defendants. | ) | |

**CERTIFICATE OF COMPLIANCE WITH
THE COURT'S STANDING ORDERS OF APRIL 18, 2022**

Pursuant to the Court's January 27, 2023 Oral Order, Alcon, Inc., Alcon Vision, LLC, Alcon Laboratories, Inc., and Alcon Research, LLC certify that they have complied with the Court's April 18, 2022 Standing Orders.

|  |  |
|---|---|
| | /s/ *Andrew E. Russell* |
| | John W. Shaw (No. 3362) |
| | Karen E. Keller (No. 4489) |
| | Andrew E. Russell (No. 5382) |
| | Nathan R. Hoeschen (No. 6232) |
| | SHAW KELLER LLP |
| OF COUNSEL: | I.M. Pei Building |
| Jeanne M. Heffernan | 1105 North Market Street, 12th Floor |
| James John Lomeo | Wilmington, DE 19801 |
| Ryan James Melde | (302) 298-0700 |
| KIRKLAND & ELLIS LLP | jshaw@shawkeller.com |
| 401 Congress Avenue | kkeller@shawkeller.com |
| Austin, TX 78701 | arussell@shawkeller.com |
| (512) 678-9100 | nhoeschen@shawkeller.com |
| | *Attorneys for Alcon Inc.,* |
| Gregg F. LoCascio | *Alcon Vision, LLC,* |
| Sean M. McEldowney | *Alcon Laboratories, Inc. and* |
| Noah S. Frank | *Alcon Research, LLC* |
| Mary Elizabeth Miller | |
| Elizabeth Hedges | |
| Kelly Tripathi | |
| Nicholas Teleky | |
| KIRKLAND & ELLIS LLP | |
| 1301 Pennsylvania Avenue, NW | |
| Washington, DC 20004 | |
| (202) 389-5000 | |
| | |
| Joshua L. Simmons | |
| KIRKLAND & ELLIS LLP | |
| 601 Lexington Ave | |
| New York, NY 10022 | |
| (212) 390-4573 | |

Caroline Lourgos
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

Kristen P.L. Reichenbach
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
(415) 439-1400

Dated: January 30, 2023