IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMO DEVELOPMENT, LLC, AMO MANUFACTURING USA, LLC and AMO SALES AND SERVICE, INC., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 20-842 (CFC) |
| ALCON VISION, LLC, ALCON LABORATORIES, INC. and ALCON RESEARCH, LLC, | ) ) ) ) | |
| Defendants. | ) | |
| ALCON INC., ALCON RESEARCH, LLC, and ALCON VISION, LLC, | ) ) ) | |
| Counterclaim Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| AMO DEVELOPMENT, LLC, AMO MANUFACTURING USA, LLC, AMO SALES AND SERVICE, INC. and JOHNSON & JOHNSON SURGICAL VISION, INC., | ) ) ) ) ) ) | |
| Counterclaim Defendants. | ) ) | |

**JOINT STIPULATION OF DISMISSAL
OF ALL CLAIMS AND COUNTERCLAIMS**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and an agreement by and between Plaintiffs and Counterclaim Defendants AMO Development, LLC, AMO Manufacturing USA, LLC, AMO Sales and Service, Inc. and Johnson & Johnson Surgical Vision, Inc. (collectively, "J&J") and Defendants and Counterclaim Plaintiffs Alcon Inc., Alcon Vision, LLC, Alcon Laboratories, Inc. and Alcon Research, LLC (collectively "Alcon," and together with J&J, "the Parties"), and subject to the approval of the Court, the Parties hereby stipulate and agree that all of the Parties' respective claims and counterclaims asserted in this action are dismissed with prejudice and that each Party shall bear its own attorneys' fees, costs, and expenses. The Court retains jurisdiction to enforce the Parties' written agreement.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
|---|---|
| /s/ Jack B. Blumenfeld | /s/ John W. Shaw |
| _____ | _____ |
| Jack B. Blumenfeld (#1014) <br> Brian P. Egan (#6227) <br> Anthony D. Raucci (#5948) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE  19899 <br> (302) 658-9200 <br> jblumenfeld@morrisnichols.com <br> began@morrisnichols.com <br> araucci@morrisnichols.com <br><br> *Attorneys for Plaintiffs and Counterclaim Defendants AMO Development, LLC, AMO Manufacturing USA, LLC, AMO Sales and Service, Inc. and Johnson & Johnson Surgical Vision, Inc.* | John W. Shaw (#3362) <br> Karen E. Keller (#4489) <br> Andrew R. Russell (#5382) <br> Nathan R. Hoeschen (#6232) <br> I.M. Pei Building <br> 1105 North Market Street, 12th Floor <br> Wilmington, DE  19801 <br> (302) 298-0700 <br> jshaw@shawkeller.com <br> kkeller@shawkeller.com <br> arussell@shawkeller.com <br> nhoeschen@shawkeller.com <br><br> *Attorneys for Defendants and Counterclaim Plaintiffs Alcon Inc., Alcon Vision, LLC, Alcon Laboratories, Inc. and Alcon Research, LLC* |

February 13, 2023

      SO ORDERED this _____ day of_____, 2023,

_____
The Honorable Colm F. Connolly
Chief, United States District Judge