**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

Randall Lohan
CLERK OF COURT

844 KING STREET
UNIT 18
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 2, 2023

**Jack B. Blumenfeld**
**Morris, Nichols, Arsht & Tunnell LLP**
**1201 North Market Street**
**P.O. Box 1347**
**Wilmington, DE 19899**

**Re: 1:20-cv-00842-CFC-JLH AMO Development, LLC et al v. Alcon Vision LLC, et al**

Dear Counsel:

I am returning to you the Plaintiff's Exhibits filed in a multi-media format at D.I. [119]. This case has been closed as of February 13, 2023.

Please acknowledge receipt of these exhibits on the copy of this letter and return it to me in the enclosed envelope. Thank you.

Sincerely,

**Randall Lohan**
Clerk of the Court

I hereby acknowledge receipt of the above exhibit(s) on _____

_____
**Signature**

s/VFM